## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

NEW YORKERS FOR RELIGIOUS LIBERTY, INC.,
et al.,

         Case No. 1:22-cv-00752

        Plaintiffs,     NOTICE OF
               INTERLOCUTORY APPEAL

   - against -

THE CITY OF NEW YORK, et al.,

        Defendants.

---------------------------------------------------------------- x

Notice is hereby given that Plaintiffs New Yorkers For Religious Liberty, Inc., Gennaro Agovino, Curtis Cutler, Liz Delgado, Janine DeMartini, Brendan Fogarty, Sabina Kolenovic, Krista O'Dea, Dean Paolillo, Dennis Pillet, Matthew Rivera, Laura Satira, Frank Schimenti and James Schmidt, individually and on behalf of all other persons similarly situated, hereby appeal to the United States Court of Appeals for the Second Circuit from the Order entered on August 11, 2022, denying Plaintiffs' Motion for a Preliminary Injunction. This appeal is taken from each and every part of the August 11, 2022 Order.

Dated: New York, New York
    August 17, 2022

**GIBSON LAW FIRM, PLLC**      **NELSON MADDEN BLACK LLP**

*/s/ Sujata S. Gibson*          */s/ Barry Black*

By: Sujata S. Gibson, Esq.       By: Barry Black
832 Hanshaw Rd., Suite A       Jonathan R. Nelson
Ithaca, NY 14850          Sarah E. Child
(607) 327-4125           475 Park Avenue South, Suite 2800
*Attorneys for Plaintiffs*        New York, NY 10016
                (212) 382-4300
                *Attorneys for Plaintiffs*

To: All counsel via ECF

# U.S. District Court
## Eastern District of New York (Brooklyn)
## CIVIL DOCKET FOR CASE #: 1:22–cv–00752–DG–VMS

New Yorkers For Religious Liberty, Inc. et al v. The City Of New York et al
Assigned to: Judge Diane Gujarati
Referred to: Magistrate Judge Vera M. Scanlon
Cause: 28:1343 Violation of Civil Rights

Date Filed: 02/10/2022
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**New Yorkers For Religious Liberty, Inc.**

represented by **Jonathan R. Nelson**
Nelson Madden Black LLP
475 Park Avenue South
Suite 2800
New York, NY 10016
212–382–4300
Fax: 212–382–4319
Email: jnelson@nelsonmaddenblack.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Barry Black**
Nelson Madden Black LLP
475 Park Avenue South
Suite 2800
New York, NY 10016
212–382–4300
Fax: 212–382–4319
Email: bblack@nelsonmaddenblack.com
*ATTORNEY TO BE NOTICED*

**Sarah Elizabeth Child**
Nelson Madden Black LLP
475 Park Ave S
Suite 2800
10016, Ste 2800
New York, NY 10016
212–382–4306
Email: schild@nelsonmaddenblack.com
*ATTORNEY TO BE NOTICED*

**Sujata Sidhu Gibson**
Gibson Law Firm, PLLC
832 Hanshaw Rd
Suite A
New York
Ithaca, NY 14850
607–327–4125
Fax: 607–238–4689
Email: sujata@gibsonfirm.law
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gennaro Agovino**

represented by **Jonathan R. Nelson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Barry Black**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah Elizabeth Child**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sujata Sidhu Gibson**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Curtis Cutler**  represented by  **Jonathan R. Nelson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Barry Black**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah Elizabeth Child**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sujata Sidhu Gibson**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Liz Delgado**  represented by  **Jonathan R. Nelson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Barry Black**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah Elizabeth Child**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sujata Sidhu Gibson**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Janine Demartini**  represented by  **Jonathan R. Nelson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Barry Black**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah Elizabeth Child**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sujata Sidhu Gibson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brendan Fogarty**                    represented by  **Jonathan R. Nelson**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Barry Black**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Sarah Elizabeth Child**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Sujata Sidhu Gibson**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sabina Kolenovic**                   represented by  **Jonathan R. Nelson**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Barry Black**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Sarah Elizabeth Child**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Sujata Sidhu Gibson**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Krista Odea**                        represented by  **Jonathan R. Nelson**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Barry Black**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Sarah Elizabeth Child**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Sujata Sidhu Gibson**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dean Paolillo**                      represented by  **Jonathan R. Nelson**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Barry Black**
                                                      (See above for address)

*ATTORNEY TO BE NOTICED*

**Sarah Elizabeth Child**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sujata Sidhu Gibson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dennis Pillet**                    represented by    **Barry Black**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah Elizabeth Child**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sujata Sidhu Gibson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan R. Nelson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Matthew Rivera**                   represented by    **Jonathan R. Nelson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Barry Black**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah Elizabeth Child**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sujata Sidhu Gibson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Laura Satira**                     represented by    **Jonathan R. Nelson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Barry Black**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah Elizabeth Child**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sujata Sidhu Gibson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Frank Schimenti**                         represented by   **Jonathan R. Nelson**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Barry Black**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Sarah Elizabeth Child**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Sujata Sidhu Gibson**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Schmitt**                           represented by   **Jonathan R. Nelson**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Barry Black**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Sarah Elizabeth Child**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Sujata Sidhu Gibson**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**The City of New York**                    represented by   **Lora Minicucci**
                                                            New York City Law Department
                                                            100 Church Street
                                                            New York, NY 10007
                                                            646–369–7932
                                                            Email: lminicuc@law.nyc.gov
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Bilal Husain Haider**
                                                            NYC Law Department
                                                            100 Church Street
                                                            New York, NY 10007
                                                            212–356–3549
                                                            Fax: 212–356–3509
                                                            Email: bhaider@law.nyc.gov
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**Eric Adams**                              represented by   **Lora Minicucci**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Bilal Husain Haider**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dave Chokshi**
*in his official capacity as Health
Commissioner of the City of New York*

represented by **Lora Minicucci**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bilal Husain Haider**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Roberta Reardon**
*TERMINATED: 08/09/2022*

represented by **Shi–Shi Wang**
State of New York Office of the Attorney
General
Litigation Bureau
28 Liberty Street
Ste 17th Floor
New York, NY 10005
212–416–8625
Email: shi–shi.wang@ag.ny.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/10/2022 | | NOTICE: Please file the Complaint, Civil Cover Sheet, Proposed Summon and pay the Civil Filing Fee for the following case so that it may be processed. (Davis, Kimberly) (Entered: 02/10/2022) |
| 02/10/2022 | 1 | COMPLAINT against Eric Adams, Dave Chokshi, Roberta Reardon, The City of New York filing fee $ 402, receipt number ANYEDC–15279931 Was the Disclosure Statement on Civil Cover Sheet completed –NO,, filed by Matthew Rivera, Sabina Kolenovic, Gennaro Agovino, New Yorkers For Religious Liberty, Inc., Frank Schimenti, Brendan Fogarty, Curtis Cutler, Dean Paolillo, Laura Satira, James Schmitt, Krista Odea, Liz Delgado, Dennis Pillet, Janine Demartini. (Nelson, Jonathan) (Entered: 02/10/2022) |
| 02/10/2022 | 2 | Civil Cover Sheet.. by Gennaro Agovino, Curtis Cutler, Liz Delgado, Janine Demartini, Brendan Fogarty, Sabina Kolenovic, New Yorkers For Religious Liberty, Inc., Krista Odea, Dean Paolillo, Dennis Pillet, Matthew Rivera, Laura Satira, Frank Schimenti, James Schmitt (Nelson, Jonathan) (Entered: 02/10/2022) |
| 02/10/2022 | 3 | Proposed Summons. by Gennaro Agovino, Curtis Cutler, Liz Delgado, Janine Demartini, Brendan Fogarty, Sabina Kolenovic, New Yorkers For Religious Liberty, Inc., Krista Odea, Dean Paolillo, Dennis Pillet, Matthew Rivera, Laura Satira, Frank Schimenti, James Schmitt (Nelson, Jonathan) (Entered: 02/10/2022) |
| 02/10/2022 | 4 | Proposed Summons. by Gennaro Agovino, Curtis Cutler, Liz Delgado, Janine Demartini, Brendan Fogarty, Sabina Kolenovic, New Yorkers For Religious Liberty, Inc., Krista Odea, Dean Paolillo, Dennis Pillet, Matthew Rivera, Laura Satira, Frank Schimenti, James Schmitt (Nelson, Jonathan) (Entered: 02/10/2022) |
| 02/10/2022 | 5 | Proposed Summons. by Gennaro Agovino, Curtis Cutler, Liz Delgado, Janine Demartini, Brendan Fogarty, Sabina Kolenovic, New Yorkers For Religious Liberty, Inc., Krista Odea, Dean Paolillo, Dennis Pillet, Matthew Rivera, Laura Satira, Frank Schimenti, James Schmitt (Nelson, Jonathan) (Entered: 02/10/2022) |

| 02/10/2022 | 6 | Proposed Summons. by Gennaro Agovino, Curtis Cutler, Liz Delgado, Janine Demartini, Brendan Fogarty, Sabina Kolenovic, New Yorkers For Religious Liberty, Inc., Krista Odea, Dean Paolillo, Dennis Pillet, Matthew Rivera, Laura Satira, Frank Schimenti, James Schmitt (Nelson, Jonathan) (Entered: 02/10/2022) |
|---|---|---|
| 02/10/2022 | 7 | Emergency MOTION for Order to Show Cause *for a Preliminary Injunction and Temporary Restraining Order* by Gennaro Agovino, Curtis Cutler, Liz Delgado, Janine Demartini, Brendan Fogarty, Sabina Kolenovic, New Yorkers For Religious Liberty, Inc., Krista Odea, Dean Paolillo, Dennis Pillet, Matthew Rivera, Laura Satira, Frank Schimenti, James Schmitt. (Attachments: # 1 Memorandum in Support) (Nelson, Jonathan) (Entered: 02/10/2022) |
| 02/10/2022 | 8 | DECLARATION re 7 Emergency MOTION for Order to Show Cause *for a Preliminary Injunction and Temporary Restraining Order of Jonathan Robert Nelson, Esq.* by Gennaro Agovino, Curtis Cutler, Liz Delgado, Janine Demartini, Brendan Fogarty, Sabina Kolenovic, New Yorkers For Religious Liberty, Inc., Krista Odea, Dean Paolillo, Dennis Pillet, Matthew Rivera, Laura Satira, James Schmitt (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F) (Nelson, Jonathan) (Entered: 02/10/2022) |
| 02/10/2022 | 9 | DECLARATION re 7 Emergency MOTION for Order to Show Cause *for a Preliminary Injunction and Temporary Restraining Order Gennaro Agovino* by Gennaro Agovino, Curtis Cutler, Liz Delgado, Janine Demartini, Brendan Fogarty, Sabina Kolenovic, New Yorkers For Religious Liberty, Inc., Krista Odea, Dean Paolillo, Dennis Pillet, Matthew Rivera, Laura Satira, Frank Schimenti, James Schmitt (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E) (Nelson, Jonathan) (Entered: 02/10/2022) |
| 02/10/2022 | 10 | DECLARATION re 7 Emergency MOTION for Order to Show Cause *for a Preliminary Injunction and Temporary Restraining Order CURTIS CUTLER* by Gennaro Agovino, Curtis Cutler, Liz Delgado, Janine Demartini, Brendan Fogarty, Sabina Kolenovic, New Yorkers For Religious Liberty, Inc., Krista Odea, Dean Paolillo, Dennis Pillet, Matthew Rivera, Laura Satira, Frank Schimenti, James Schmitt (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F) (Nelson, Jonathan) (Entered: 02/10/2022) |
| 02/10/2022 | 11 | DECLARATION re 7 Emergency MOTION for Order to Show Cause *for a Preliminary Injunction and Temporary Restraining Order LIZ DELGADO* by Gennaro Agovino, Curtis Cutler, Liz Delgado, Janine Demartini, Brendan Fogarty, Sabina Kolenovic, New Yorkers For Religious Liberty, Inc., Krista Odea, Dean Paolillo, Dennis Pillet, Matthew Rivera, Laura Satira, Frank Schimenti, James Schmitt (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F) (Nelson, Jonathan) (Entered: 02/10/2022) |
| 02/10/2022 | 12 | DECLARATION re 7 Emergency MOTION for Order to Show Cause *for a Preliminary Injunction and Temporary Restraining Order JANINE DEMARTINI* by Gennaro Agovino, Curtis Cutler, Liz Delgado, Janine Demartini, Brendan Fogarty, Sabina Kolenovic, New Yorkers For Religious Liberty, Inc., Krista Odea, Dean Paolillo, Dennis Pillet, Matthew Rivera, Laura Satira, Frank Schimenti, James Schmitt (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C) (Nelson, Jonathan) (Entered: 02/10/2022) |
| 02/10/2022 | 13 | DECLARATION re 7 Emergency MOTION for Order to Show Cause *for a Preliminary Injunction and Temporary Restraining Order BRENDAN FOGARTY* by Gennaro Agovino, Curtis Cutler, Liz Delgado, Janine Demartini, Brendan Fogarty, Sabina Kolenovic, New Yorkers For Religious Liberty, Inc., Krista Odea, Dean Paolillo, Dennis Pillet, Matthew Rivera, Laura Satira, Frank Schimenti, James Schmitt (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E) (Nelson, Jonathan) (Entered: 02/10/2022) |
| 02/10/2022 | 14 | DECLARATION re 7 Emergency MOTION for Order to Show Cause *for a Preliminary Injunction and Temporary Restraining Order SABINA KOLENOVIC* by Gennaro Agovino, Curtis Cutler, Liz Delgado, Janine Demartini, Brendan Fogarty, Sabina Kolenovic, New Yorkers For Religious Liberty, Inc., Krista Odea, Dean Paolillo, Dennis Pillet, Matthew Rivera, Laura Satira, Frank Schimenti, James Schmitt (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H) (Nelson, Jonathan) (Entered: |

| | | |
|---|---|---|
| | | 02/10/2022) |
| 02/10/2022 | 15 | DECLARATION re 7 Emergency MOTION for Order to Show Cause *for a Preliminary Injunction and Temporary Restraining Order KRISTA ODEA* by Gennaro Agovino, Curtis Cutler, Liz Delgado, Janine Demartini, Brendan Fogarty, Sabina Kolenovic, New Yorkers For Religious Liberty, Inc., Krista Odea, Dean Paolillo, Dennis Pillet, Matthew Rivera, Laura Satira, Frank Schimenti, James Schmitt (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G) (Nelson, Jonathan) (Entered: 02/10/2022) |
| 02/10/2022 | 16 | DECLARATION re 7 Emergency MOTION for Order to Show Cause *for a Preliminary Injunction and Temporary Restraining Order DEAN PAOLILLO* by Gennaro Agovino, Curtis Cutler, Liz Delgado, Janine Demartini, Brendan Fogarty, Sabina Kolenovic, New Yorkers For Religious Liberty, Inc., Krista Odea, Dean Paolillo, Dennis Pillet, Matthew Rivera, Laura Satira, Frank Schimenti, James Schmitt (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E) (Nelson, Jonathan) (Entered: 02/10/2022) |
| 02/10/2022 | 17 | DECLARATION re 7 Emergency MOTION for Order to Show Cause *for a Preliminary Injunction and Temporary Restraining Order DENNIS PILLET* by Gennaro Agovino, Curtis Cutler, Liz Delgado, Janine Demartini, Brendan Fogarty, Sabina Kolenovic, New Yorkers For Religious Liberty, Inc., Krista Odea, Dean Paolillo, Dennis Pillet, Matthew Rivera, Laura Satira, Frank Schimenti, James Schmitt (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E) (Nelson, Jonathan) (Entered: 02/10/2022) |
| 02/10/2022 | 18 | DECLARATION re 7 Emergency MOTION for Order to Show Cause *for a Preliminary Injunction and Temporary Restraining Order MATTHEW RIVERA* by Gennaro Agovino, Curtis Cutler, Liz Delgado, Janine Demartini, Brendan Fogarty, Sabina Kolenovic, New Yorkers For Religious Liberty, Inc., Krista Odea, Dean Paolillo, Dennis Pillet, Matthew Rivera, Laura Satira, Frank Schimenti, James Schmitt (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I) (Nelson, Jonathan) (Entered: 02/10/2022) |
| 02/10/2022 | 19 | DECLARATION re 7 Emergency MOTION for Order to Show Cause *for a Preliminary Injunction and Temporary Restraining Order LAURA SATIRA* by Gennaro Agovino, Curtis Cutler, Liz Delgado, Janine Demartini, Brendan Fogarty, Sabina Kolenovic, New Yorkers For Religious Liberty, Inc., Krista Odea, Dean Paolillo, Dennis Pillet, Matthew Rivera, Laura Satira, Frank Schimenti, James Schmitt (Nelson, Jonathan) (Entered: 02/10/2022) |
| 02/10/2022 | 20 | DECLARATION re 7 Emergency MOTION for Order to Show Cause *for a Preliminary Injunction and Temporary Restraining Order FRANK SCHIMENTI* by Gennaro Agovino, Curtis Cutler, Liz Delgado, Janine Demartini, Brendan Fogarty, Sabina Kolenovic, New Yorkers For Religious Liberty, Inc., Krista Odea, Dean Paolillo, Dennis Pillet, Matthew Rivera, Laura Satira, Frank Schimenti, James Schmitt (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H) (Nelson, Jonathan) (Entered: 02/10/2022) |
| 02/10/2022 | 21 | DECLARATION re 7 Emergency MOTION for Order to Show Cause *for a Preliminary Injunction and Temporary Restraining Order JAMES SCHMITT* by Gennaro Agovino, Curtis Cutler, Liz Delgado, Janine Demartini, Brendan Fogarty, Sabina Kolenovic, New Yorkers For Religious Liberty, Inc., Krista Odea, Dean Paolillo, Dennis Pillet, Matthew Rivera, Laura Satira, Frank Schimenti, James Schmitt (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I) (Nelson, Jonathan) (Entered: 02/10/2022) |
| 02/10/2022 | 22 | DECLARATION re 7 Emergency MOTION for Order to Show Cause *for a Preliminary Injunction and Temporary Restraining Order JOHN GARLAND* by Gennaro Agovino, Curtis Cutler, Liz Delgado, Janine Demartini, Brendan Fogarty, Sabina Kolenovic, New Yorkers For Religious Liberty, Inc., Krista Odea, Dean Paolillo, Dennis Pillet, Matthew Rivera, Laura Satira, Frank Schimenti, James Schmitt (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D) (Nelson, Jonathan) (Entered: 02/10/2022) |

| 02/10/2022 | 23 | DECLARATION re 7 Emergency MOTION for Order to Show Cause *for a Preliminary Injunction and Temporary Restraining Order WILLIAM TOTH* by Gennaro Agovino, Curtis Cutler, Liz Delgado, Janine Demartini, Brendan Fogarty, Sabina Kolenovic, New Yorkers For Religious Liberty, Inc., Krista Odea, Dean Paolillo, Dennis Pillet, Matthew Rivera, Laura Satira, Frank Schimenti, James Schmitt (Nelson, Jonathan) (Entered: 02/10/2022) |
|---|---|---|
| 02/10/2022 | 24 | NOTICE of Appearance by Barry Black on behalf of Gennaro Agovino, Curtis Cutler, Liz Delgado, Janine Demartini, Brendan Fogarty, Sabina Kolenovic, New Yorkers For Religious Liberty, Inc., Krista Odea, Dean Paolillo, Dennis Pillet, Matthew Rivera, Laura Satira, Frank Schimenti, James Schmitt (aty to be noticed) (Black, Barry) (Entered: 02/10/2022) |
| 02/10/2022 | 25 | NOTICE of Appearance by Sarah Elizabeth Child on behalf of Gennaro Agovino, Curtis Cutler, Liz Delgado, Janine Demartini, Brendan Fogarty, Sabina Kolenovic, New Yorkers For Religious Liberty, Inc., Krista Odea, Dean Paolillo, Dennis Pillet, Matthew Rivera, Laura Satira, Frank Schimenti, James Schmitt (aty to be noticed) (Child, Sarah) (Entered: 02/10/2022) |
| 02/10/2022 | 26 | NOTICE of Appearance by Sujata Sidhu Gibson on behalf of All Plaintiffs (aty to be noticed) (Gibson, Sujata) (Entered: 02/10/2022) |
| 02/11/2022 |  | Case Assigned to Judge Diane Gujarati and Magistrate Judge Vera M. Scanlon. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (Davis, Kimberly) (Entered: 02/11/2022) |
| 02/11/2022 | 27 | In accordance with Rule 73 of the Federal Rules of Civil Procedure and Local Rule 73.1, the parties are notified that *if* all parties consent a United States magistrate judge of this court is available to conduct all proceedings in this civil action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to the Notice is a blank copy of the consent form that should be filled out, signed and filed electronically **only if all** parties wish to consent. The form may also be accessed at the following link: http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf. **You may withhold your consent without adverse substantive consequences. Do NOT return or file the consent unless all parties have signed the consent.** (Davis, Kimberly) (Entered: 02/11/2022) |
| 02/11/2022 | 28 | This attorney case opening filing has been checked for quality control. See the attachment for corrections that were made, if any. (Davis, Kimberly) (Entered: 02/11/2022) |
| 02/11/2022 |  | Your proposed summons was not issued for one of the following reasons: **The CLERK OF COURT name needs to be updated.,**<br><br>Please correct and resubmit using Proposed Summons/Civil Cover Sheet. (Davis, Kimberly) (Entered: 02/11/2022) |
| 02/11/2022 | 29 | NOTICE of Appearance by Bilal Husain Haider on behalf of Eric Adams, Dave Chokshi, The City of New York (aty to be noticed) (Haider, Bilal) (Entered: 02/11/2022) |
| 02/11/2022 | 30 | NOTICE of Appearance by Lora Minicucci on behalf of Eric Adams, Dave Chokshi, The City of New York (aty to be noticed) (Minicucci, Lora) (Entered: 02/11/2022) |
| 02/11/2022 |  | ORDER re 7 Emergency MOTION for Order to Show Cause –– Defendants are ordered to file a response to 7 by February 11, 2022 at 3:00 p.m. Ordered by Judge Diane Gujarati on 2/11/2022. (Almonte, Kelly) (Entered: 02/11/2022) |
| 02/11/2022 | 31 | RESPONSE to Motion re 7 Emergency MOTION for Order to Show Cause *for a Preliminary Injunction and Temporary Restraining Order* filed by Roberta Reardon. (Attachments: # 1 Exhibit Email from Plaintiffs' Counsel 2.11.22) (Wang, Shi–Shi) (Entered: 02/11/2022) |
| 02/11/2022 | 32 | AFFIDAVIT/DECLARATION in Opposition re 7 Emergency MOTION for Order to Show Cause *for a Preliminary Injunction and Temporary Restraining Order* filed by Eric Adams, Dave Chokshi, The City of New York. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Haider, Bilal) (Entered: 02/11/2022) |

| 02/11/2022 | 33 | MEMORANDUM in Opposition re 7 Emergency MOTION for Order to Show Cause *for a Preliminary Injunction and Temporary Restraining Order* filed by Eric Adams, Dave Chokshi, The City of New York. (Haider, Bilal) (Entered: 02/11/2022) |
|---|---|---|
| 02/11/2022 | | **SCHEDULING ORDER** re: 7 Emergency MOTION for Order to Show Cause –– The Court will hold a conference on Plaintiffs' Motion on **February 11, 2022 at 5:30 p.m.** via teleconference. The call–in information for the telephone conference is **1–877–336–1839** and the access code is **2643682**. Counsel should call in to the telephone conference five minutes before the conference begins. Persons granted remote access to proceedings are reminded that photographing, recording, and rebroadcasting of any court proceeding or communication with the Court are prohibited. Violation of these prohibitions may result in sanctions. A transcript of the proceedings may be ordered from the Clerk's Office. If any party has difficulty accessing the telephone conference, please contact chambers at Gujarati_Chambers@nyed.uscourts.gov. Ordered by Judge Diane Gujarati on 2/11/2022. (Almonte, Kelly) (Entered: 02/11/2022) |
| 02/11/2022 | 34 | Minute Order for proceedings held before Judge Diane Gujarati: Conference on Plaintiffs' 7 motion held on February 11, 2022 at 5:30 p.m. Ms. Sujata Sidhu Gibson, Jonathan Nelson, and Sarah Child appeared on behalf of Plaintiffs. Bilal Haider and Lora Minicucci appeared on behalf of Defendants The City of New York, Eric Adams, and Dave Chokshi. Shi–Shi Wang and James Cooney of the Office of the New York State Attorney General also present. The parties were heard on Plaintiffs' motion. As set forth on the record, Plaintiffs' 7 motion for a temporary restraining order was denied. The following schedule was set for supplemental briefing on Plaintiffs' motion for a preliminary injunction: Plaintiffs shall file their supplemental brief by February 18, 2022; Defendants shall file any opposition brief by February 28, 2022; and Plaintiffs shall file a reply brief, if any, by March 4, 2022. (Court Reporter Michele Lucchese) (Almonte, Kelly) (Entered: 02/11/2022) |
| 02/14/2022 | 35 | Proposed Summons. by Gennaro Agovino, Curtis Cutler, Liz Delgado, Janine Demartini, Brendan Fogarty, Sabina Kolenovic, New Yorkers For Religious Liberty, Inc., Krista Odea, Dean Paolillo, Dennis Pillet, Matthew Rivera, Laura Satira, Frank Schimenti, James Schmitt (Black, Barry) (Entered: 02/14/2022) |
| 02/14/2022 | 36 | Proposed Summons. by Gennaro Agovino, Curtis Cutler, Liz Delgado, Janine Demartini, Brendan Fogarty, Sabina Kolenovic, New Yorkers For Religious Liberty, Inc., Krista Odea, Dean Paolillo, Dennis Pillet, Matthew Rivera, Laura Satira, Frank Schimenti, James Schmitt (Black, Barry) (Entered: 02/14/2022) |
| 02/14/2022 | 37 | Proposed Summons. by Gennaro Agovino, Curtis Cutler, Liz Delgado, Janine Demartini, Brendan Fogarty, Sabina Kolenovic, New Yorkers For Religious Liberty, Inc., Krista Odea, Dean Paolillo, Dennis Pillet, Matthew Rivera, Laura Satira, Frank Schimenti, James Schmitt (Black, Barry) (Entered: 02/14/2022) |
| 02/14/2022 | 38 | Proposed Summons. by Gennaro Agovino, Curtis Cutler, Liz Delgado, Janine Demartini, Brendan Fogarty, Sabina Kolenovic, New Yorkers For Religious Liberty, Inc., Krista Odea, Dean Paolillo, Dennis Pillet, Matthew Rivera, Laura Satira, Frank Schimenti, James Schmitt (Black, Barry) (Entered: 02/14/2022) |
| 02/16/2022 | | Your proposed summons was not issued for one of the following reasons: **If multiple defendants, there must me a rider attached to the summons with the name and addresses of all defendants included.,**<br><br>Please correct and resubmit using Proposed Summons/Civil Cover Sheet. (Herrera, Isaiah) (Entered: 02/16/2022) |
| 02/16/2022 | 39 | Proposed Summons. by Gennaro Agovino, Curtis Cutler, Liz Delgado, Janine Demartini, Brendan Fogarty, Sabina Kolenovic, New Yorkers For Religious Liberty, Inc., Krista Odea, Dean Paolillo, Dennis Pillet, Matthew Rivera, Laura Satira, Frank Schimenti, James Schmitt (Black, Barry) (Entered: 02/16/2022) |
| 02/18/2022 | 40 | MEMORANDUM in Support re 7 Emergency MOTION for Order to Show Cause *for a Preliminary Injunction and Temporary Restraining Order* filed by Gennaro Agovino, Curtis Cutler, Liz Delgado, Janine Demartini, Brendan Fogarty, Sabina Kolenovic, New Yorkers For Religious Liberty, Inc., Krista Odea, Dean Paolillo, Dennis Pillet, Matthew Rivera, Laura Satira, Frank Schimenti, James Schmitt. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Declaration of Sujata S. Gibson, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18, # 20 Exhibit 19, # 21 Exhibit 20, # 22 Exhibit 21, # 23 Exhibit 22, # 24 Exhibit 23, # 25 Exhibit 24) (Gibson, Sujata) (Entered: 02/18/2022) |
| 02/22/2022 | 41 | Summons Issued as to Eric Adams, Dave Chokshi, Roberta Reardon, The City of New York, U.S. Attorney and U.S. Attorney General (Herrera, Isaiah) (Entered: 02/22/2022) |
| 02/22/2022 | 42 | Proposed Summons. by Gennaro Agovino, Curtis Cutler, Liz Delgado, Janine Demartini, Brendan Fogarty, Sabina Kolenovic, New Yorkers For Religious Liberty, Inc., Krista Odea, Dean Paolillo, Dennis Pillet, Matthew Rivera, Laura Satira, Frank Schimenti, James Schmitt (Nelson, Jonathan) (Entered: 02/22/2022) |
| 02/22/2022 | 43 | Summons Issued as to Eric Adams, Dave Chokshi, Roberta Reardon, The City of New York (Herrera, Isaiah) (Entered: 02/22/2022) |
| 02/28/2022 | 44 | MEMORANDUM in Opposition re 7 Emergency MOTION for Order to Show Cause *for a Preliminary Injunction and Temporary Restraining Order (Supplemental)* filed by Eric Adams, Dave Chokshi, The City of New York. (Haider, Bilal) (Entered: 02/28/2022) |
| 03/03/2022 | 45 | Letter MOTION for Extension of Time to File Response/Reply as to 40 Memorandum in Support,,, by Gennaro Agovino, Curtis Cutler, Liz Delgado, Janine Demartini, Brendan Fogarty, Sabina Kolenovic, New Yorkers For Religious Liberty, Inc., Krista Odea, Dean Paolillo, Dennis Pillet, Matthew Rivera, Laura Satira, Frank Schimenti, James Schmitt. (Black, Barry) (Entered: 03/03/2022) |
| 03/03/2022 | | ORDER granting 45 Letter MOTION for Extension of Time –– The motion is granted. Plaintiffs shall file a reply brief, if any, by March 8, 2022. Ordered by Judge Diane Gujarati on 3/3/2022. (Almonte, Kelly) (Entered: 03/03/2022) |
| 03/08/2022 | 46 | REPLY in Support re 7 Emergency MOTION for Order to Show Cause *for a Preliminary Injunction and Temporary Restraining Order* filed by Gennaro Agovino, Curtis Cutler, Liz Delgado, Janine Demartini, Brendan Fogarty, Sabina Kolenovic, New Yorkers For Religious Liberty, Inc., Krista Odea, Dean Paolillo, Dennis Pillet, Matthew Rivera, Laura Satira, Frank Schimenti, James Schmitt. (Attachments: # 1 Declaration of Barry Black, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3) (Black, Barry) (Entered: 03/08/2022) |
| 03/22/2022 | | **SCHEDULING ORDER** –– In connection with the Court's consideration of Plaintiffs' motion for a preliminary injunction, the Court will hold a teleconference at 10:30 a.m. on March 25, 2022. Plaintiffs should be prepared to discuss the employment status and status of religious exemption appeals, if any, for each of the thirteen individual plaintiffs and should be prepared to provide citations to the record as to these issues. In addition, in light of Plaintiffs' request for an evidentiary hearing, *see* Plaintiffs' Memorandum of Law in Further Support of Plaintiffs' Motion for a Preliminary Injunction at 2, ECF No. 40; Plaintiffs' Reply Memorandum of Law in Further Support of Plaintiffs Motion for a Preliminary Injunction at 8–10, ECF No. 46, Plaintiffs should be prepared to specify the factual issues as to which a hearing is requested and the specific testimony and other evidence that Plaintiffs would seek to offer at an evidentiary hearing, should the request for such a hearing be granted. Finally, in light of Plaintiffs' reference to a "motion for expedited discovery," *see* Plaintiffs' Memorandum of Law in Further Support of Plaintiffs' Motion for a Preliminary Injunction at 24, Plaintiffs should be prepared to discuss whether they are, in fact, seeking discovery at this time and, if so, should be prepared to specify the discovery they are seeking. The call–in information for the telephone conference is **1–877–336–1839** and the access code is **2643682**. Counsel should call in to the telephone conference five minutes before the conference begins. Persons granted remote access to proceedings are reminded that photographing, recording, and rebroadcasting of any court proceeding or communication with the Court are prohibited. Violation of these prohibitions may result in sanctions. A transcript of the proceedings may be ordered from the Clerk's Office. If any party has difficulty accessing the telephone conference, |

| | | |
|---|---|---|
| | | please contact chambers at Gujarati_Chambers@nyed.uscourts.gov. Ordered by Judge Diane Gujarati on 3/22/2022. (Almonte, Kelly) (Entered: 03/22/2022) |
| 03/25/2022 | 47 | DECLARATION re 7 Emergency MOTION for Order to Show Cause *for a Preliminary Injunction and Temporary Restraining Order IN FURTHER SUPPORT* by Gennaro Agovino, Curtis Cutler, Liz Delgado, Janine Demartini, Brendan Fogarty, Sabina Kolenovic, New Yorkers For Religious Liberty, Inc., Krista Odea, Dean Paolillo, Dennis Pillet, Matthew Rivera, Laura Satira, Frank Schimenti, James Schmitt (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G) (Black, Barry) (Entered: 03/25/2022) |
| 03/25/2022 | 48 | DECLARATION re 7 Emergency MOTION for Order to Show Cause *for a Preliminary Injunction and Temporary Restraining Order OF CURTIS CUTLER IN FURTHER SUPPORT* by Gennaro Agovino, Curtis Cutler, Liz Delgado, Janine Demartini, Brendan Fogarty, Sabina Kolenovic, New Yorkers For Religious Liberty, Inc., Krista Odea, Dean Paolillo, Dennis Pillet, Matthew Rivera, Laura Satira, Frank Schimenti, James Schmitt (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H) (Black, Barry) (Entered: 03/25/2022) |
| 03/25/2022 | 49 | DECLARATION re 7 Emergency MOTION for Order to Show Cause *for a Preliminary Injunction and Temporary Restraining Order OF LIZ DELGADO IN FURTHER SUPPORT* by Gennaro Agovino, Curtis Cutler, Liz Delgado, Janine Demartini, Brendan Fogarty, Sabina Kolenovic, New Yorkers For Religious Liberty, Inc., Krista Odea, Dean Paolillo, Dennis Pillet, Matthew Rivera, Laura Satira, Frank Schimenti, James Schmitt (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F) (Black, Barry) (Entered: 03/25/2022) |
| 03/25/2022 | 50 | DECLARATION re 7 Emergency MOTION for Order to Show Cause *for a Preliminary Injunction and Temporary Restraining Order Of JANINE DEMARTINI IN FURTHER SUPPORT* by Gennaro Agovino, Curtis Cutler, Liz Delgado, Janine Demartini, Brendan Fogarty, Sabina Kolenovic, New Yorkers For Religious Liberty, Inc., Krista Odea, Dean Paolillo, Dennis Pillet, Matthew Rivera, Laura Satira, Frank Schimenti, James Schmitt (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C) (Black, Barry) (Entered: 03/25/2022) |
| 03/25/2022 | 51 | DECLARATION re 7 Emergency MOTION for Order to Show Cause *for a Preliminary Injunction and Temporary Restraining Order OF BRENDAN FOGARTY IN FURTHER SUPPORT* by Gennaro Agovino, Curtis Cutler, Liz Delgado, Janine Demartini, Brendan Fogarty, Sabina Kolenovic, New Yorkers For Religious Liberty, Inc., Krista Odea, Dean Paolillo, Dennis Pillet, Matthew Rivera, Laura Satira, Frank Schimenti, James Schmitt (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E) (Black, Barry) (Entered: 03/25/2022) |
| 03/25/2022 | 52 | DECLARATION re 7 Emergency MOTION for Order to Show Cause *for a Preliminary Injunction and Temporary Restraining Order OF SABINA KOLENOVIC IN FURTHER SUPPORT* by Gennaro Agovino, Curtis Cutler, Liz Delgado, Janine Demartini, Brendan Fogarty, Sabina Kolenovic, New Yorkers For Religious Liberty, Inc., Krista Odea, Dean Paolillo, Dennis Pillet, Matthew Rivera, Laura Satira, Frank Schimenti, James Schmitt (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K) (Black, Barry) (Entered: 03/25/2022) |
| 03/25/2022 | 53 | DECLARATION re 7 Emergency MOTION for Order to Show Cause *for a Preliminary Injunction and Temporary Restraining Order OF KRISTA O'DEA IN FURTHER SUPPORT* by Gennaro Agovino, Curtis Cutler, Liz Delgado, Janine Demartini, Brendan Fogarty, Sabina Kolenovic, New Yorkers For Religious Liberty, Inc., Krista Odea, Dean Paolillo, Dennis Pillet, Matthew Rivera, Laura Satira, Frank Schimenti, James Schmitt (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L) (Black, Barry) (Entered: 03/25/2022) |
| 03/25/2022 | 54 | DECLARATION re 7 Emergency MOTION for Order to Show Cause *for a Preliminary Injunction and Temporary Restraining Order OF DEAN PAOLILLO IN FURTHER SUPPORT* by Gennaro Agovino, Curtis Cutler, Liz Delgado, Janine Demartini, Brendan Fogarty, Sabina Kolenovic, New Yorkers For Religious Liberty, Inc., Krista Odea, Dean Paolillo, Dennis Pillet, Matthew Rivera, Laura Satira, Frank |

| | | |
|---|---|---|
| | | Schimenti, James Schmitt (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H) (Black, Barry) (Entered: 03/25/2022) |
| 03/25/2022 | 55 | DECLARATION re 7 Emergency MOTION for Order to Show Cause *for a Preliminary Injunction and Temporary Restraining Order OF DENNIS PILLET IN FURTHER SUPPORT* by Gennaro Agovino, Curtis Cutler, Liz Delgado, Janine Demartini, Brendan Fogarty, Sabina Kolenovic, New Yorkers For Religious Liberty, Inc., Krista Odea, Dean Paolillo, Dennis Pillet, Matthew Rivera, Laura Satira, Frank Schimenti, James Schmitt (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E) (Black, Barry) (Entered: 03/25/2022) |
| 03/25/2022 | 56 | DECLARATION re 7 Emergency MOTION for Order to Show Cause *for a Preliminary Injunction and Temporary Restraining Order OF MATTHEW RIVERA IN FURTHER SUPPORT* by Gennaro Agovino, Curtis Cutler, Liz Delgado, Janine Demartini, Brendan Fogarty, Sabina Kolenovic, New Yorkers For Religious Liberty, Inc., Krista Odea, Dean Paolillo, Dennis Pillet, Matthew Rivera, Laura Satira, Frank Schimenti, James Schmitt (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J) (Black, Barry) (Entered: 03/25/2022) |
| 03/25/2022 | 57 | DECLARATION re 7 Emergency MOTION for Order to Show Cause *for a Preliminary Injunction and Temporary Restraining Order OF LAURA SATIRA IN FURTHER SUPPORT* by Gennaro Agovino, Curtis Cutler, Liz Delgado, Janine Demartini, Brendan Fogarty, Sabina Kolenovic, New Yorkers For Religious Liberty, Inc., Krista Odea, Dean Paolillo, Dennis Pillet, Matthew Rivera, Laura Satira, Frank Schimenti, James Schmitt (Black, Barry) (Entered: 03/25/2022) |
| 03/25/2022 | 58 | DECLARATION re 7 Emergency MOTION for Order to Show Cause *for a Preliminary Injunction and Temporary Restraining Order Of FRANK SCHIMENTI IN FURTHER SUPPORT* by Gennaro Agovino, Curtis Cutler, Liz Delgado, Janine Demartini, Brendan Fogarty, Sabina Kolenovic, New Yorkers For Religious Liberty, Inc., Krista Odea, Dean Paolillo, Dennis Pillet, Matthew Rivera, Laura Satira, Frank Schimenti, James Schmitt (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I) (Black, Barry) (Entered: 03/25/2022) |
| 03/25/2022 | 59 | DECLARATION re 7 Emergency MOTION for Order to Show Cause *for a Preliminary Injunction and Temporary Restraining Order OF JAMES SCHMITT IN FURTHER SUPPORT* by Gennaro Agovino, Curtis Cutler, Liz Delgado, Janine Demartini, Brendan Fogarty, Sabina Kolenovic, New Yorkers For Religious Liberty, Inc., Krista Odea, Dean Paolillo, Dennis Pillet, Matthew Rivera, Laura Satira, Frank Schimenti, James Schmitt (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I) (Black, Barry) (Entered: 03/25/2022) |
| 03/25/2022 | 60 | DECLARATION re 7 Emergency MOTION for Order to Show Cause *for a Preliminary Injunction and Temporary Restraining Order Of SUJATA GIBSON, ESQ. IN FURTHER SUPPORT* by Gennaro Agovino, Curtis Cutler, Liz Delgado, Janine Demartini, Brendan Fogarty, Sabina Kolenovic, New Yorkers For Religious Liberty, Inc., Krista Odea, Dean Paolillo, Dennis Pillet, Matthew Rivera, Laura Satira, Frank Schimenti, James Schmitt (Attachments: # 1 Exhibit 1 – Plaintiffs Status Pages, # 2 Exhibit 2 – Emergency Executive Order 62, # 3 Exhibit 3 – Mayor Adams Transcript, # 4 Exhibit 4 – News Articles, # 5 Exhibit 5 – News Articles, # 6 Exhibit 6 – News Articles) (Black, Barry) (Entered: 03/25/2022) |
| 03/25/2022 | 61 | Minute Entry for proceedings held before Judge Diane Gujarati: Telephone Conference held on March 25, 2022 at 10:30 a.m. Sujata Sidhu Gibson, Barry Black, and Sarah Child appeared on behalf of Plaintiffs. Bilal Haider and Lora Minicucci appeared on behalf of Defendants The City of New York, Eric Adams, and Dave Chokshi. Case called. Discussion held. (Court Reporter Linda Danelczyk) (Almonte, Kelly) (Entered: 03/25/2022) |
| 03/29/2022 | | **ORDER** –– In connection with Plaintiffs' motion for a preliminary injunction, and as discussed at the conference held on March 25, 2022, Plaintiffs have requested discovery. The Court grants the request in part, limited to discovery as to the Citywide Panel process as it relates to the individual plaintiffs in this action. The parties are |

| | | |
|---|---|---|
| | | referred to Magistrate Judge Vera M. Scanlon for discovery management. Ordered by Judge Diane Gujarati on 3/29/2022. (Almonte, Kelly) (Entered: 03/29/2022) |
| 04/04/2022 | | SCHEDULING ORDER: A Telephone Conference is set for 4/5/2022 at 9:45 AM before Magistrate Judge Vera M. Scanlon to discuss discovery. The Court has allotted 45 minutes for this conference; counsel should be prepared to succinctly state their respective positions as to the limited discovery permitted. The parties are to call 877–336–1829 and type in the access code 3581283 for the AT&T conference bridge. Ordered by Magistrate Judge Vera M. Scanlon on 4/4/2022. (Quinlan, Krista) (Entered: 04/04/2022) |
| 04/05/2022 | | Minute Entry for proceedings held before Magistrate Judge Vera M. Scanlon:Telephone Conference held on 4/5/2022. Jonathan R. Nelson, Barry Black, and Sarah Child appeared on behalf of Plaintiffs. Bilal Haider and Lora Minicucci appeared on behalf of Defendants The City of New York, Eric Adams, and Dave Chokshi. See separate docket entry for Order issuing from this proceeding. (FTR Log #9:49–10:16.) (Quinlan, Krista) (Entered: 04/05/2022) |
| 04/05/2022 | | SCHEDULING ORDER: As discussed during the 4/5/2022 conference, Plaintiffs will issue document requests and interrogatories by COB on 4/6/2022. Defendants will respond on a rolling basis. On or before 4/11/2022, counsel will confer for at least 45 minutes about discovery. On 4/13/2022 at 2:15 pm, the Court will conduct a status conference to discuss the progress on discovery, anticipated dates for the conclusion of document discovery, and whether depositions will be permitted, and if so, by what date. The parties are to call 877–336–1829 and type in the access code 3581283 for the AT&T conference bridge. Defendants are not seeking discovery from Plaintiffs in connection with the preliminary injunction. Ordered by Magistrate Judge Vera M. Scanlon on 4/5/2022. (Quinlan, Krista) (Entered: 04/05/2022) |
| 04/06/2022 | [62](#) | TRANSCRIPT of Proceedings held on April 5, 2022, before Judge Scanlon. Court Reporter/Transcriber Abba Reporting. Email address: abbareporting@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request – Transcript" located under "Other Filings – Other Documents". Redaction Request due 4/27/2022. Redacted Transcript Deadline set for 5/7/2022. Release of Transcript Restriction set for 7/5/2022. (Hong, Loan) (Entered: 04/06/2022) |
| 04/13/2022 | | Minute Entry for proceedings held before Magistrate Judge Vera M. Scanlon:Telephone Conference held on 4/13/2022. Jonathan R. Nelson, Barry Black, and Sarah Child appeared on behalf of Plaintiffs. Bilal Haider and Lora Minicucci appeared on behalf of Defendants The City of New York, Eric Adams, and Dave Chokshi. See separate docket entry for Order issuing from this proceeding. (FTR Log #2:22–3:13.) (Quinlan, Krista) (Entered: 04/13/2022) |
| 04/13/2022 | | STATUS REPORT ORDER: For the reasons stated on the record, Plaintiffs' request for the names of the unidentified decisionmakers is granted; Defendants will produce the names by tomorrow, 4/14/2022. Defendants' counsel confirmed on the record that all document discovery responsive to Plaintiffs' document requests and interrogatories has been produced. Defendants need not produce the files of the two Plaintiffs whose appeals are still pending; once the appeal is decided, the materials should be produced. No additional document discovery is permitted at this time. On or before 4/20/2022 at 5:00 pm., counsel may each submit a letter of no more than four pages as to the question of whether depositions should be allowed, and if so, of whom and for what purpose. No reply permitted. Ordered by Magistrate Judge Vera M. Scanlon on 4/13/2022. (Quinlan, Krista) (Entered: 04/13/2022) |
| 04/18/2022 | [63](#) | TRANSCRIPT of Proceedings held on April 13, 2022, before Judge Scanlon. Court Reporter/Transcriber Transcriptions Plus II, Inc.. Email address: RL.Transcriptions2@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request – Transcript" located under "Other Filings – Other Documents". Redaction Request due 5/9/2022. Redacted Transcript Deadline set for 5/19/2022. Release of Transcript Restriction set for 7/17/2022. (Hong, Loan) (Entered: 04/18/2022) |

| 04/20/2022 | 64 | Letter *to Magistrate Judge Vera M. Scanlon* by Gennaro Agovino, Curtis Cutler, Liz Delgado, Janine Demartini, Brendan Fogarty, Sabina Kolenovic, New Yorkers For Religious Liberty, Inc., Krista Odea, Dean Paolillo, Dennis Pillet, Matthew Rivera, Laura Satira, Frank Schimenti, James Schmitt (Attachments: # 1 Exhibit A – Defendants Emails, # 2 Exhibit B – Defendants Responses, # 3 Exhibit C – Unredacted Spreadsheet) (Nelson, Jonathan) (Entered: 04/20/2022) |
|---|---|---|
| 04/20/2022 | 65 | Letter *to Magistrate Judge Vera M Scanlon* by Eric Adams, Dave Chokshi, The City of New York (Minicucci, Lora) (Entered: 04/20/2022) |
| 05/10/2022 | 66 | MOTION for pre motion conference *for leave to file motion to dismiss the complaint* by Roberta Reardon. (Wang, Shi–Shi) (Entered: 05/10/2022) |
| 05/13/2022 | | ORDER re 64 , 65 Letters regarding the parties' positions on depositions. As to Plaintiffs' first request, and as Defendants propose, Plaintiffs may take a Rule 30(b)(6) deposition on the following topics: (1) The Citywide Panel's process of reviewing an appeal of an agency's religious accommodation denial; and (2) The standards the Citywide Panel applies when reviewing an appeal of an agency's religious accommodation denial. Contrary to Defendants' position, as part of this examination, Plaintiffs may inquire as to the Citywide Panel's general practices, to the extent they exist, as a foundation for inquiring as to the practices applied to the individual Plaintiffs' appeals.

As to the second item of Plaintiffs' request, Plaintiffs propose that they be allowed to examine the deliberative process itself of each Citywide Panel member, rather than simply the factual record and legal standards upon which the Citywide Panel's decisions were made. Plaintiffs argue that, *e.g.*, the written record is deficient and does not contain sufficient documentation regarding the Citywide Panel members' undue hardship determinations. This request is denied at this time. Plaintiffs may not inquire as to the reasons that the Citywide Panel members denied any particular Plaintiff's appeal. The written record as to the reasons for the denials is the official record as to the denials. The deponents may not be asked to create a second, oral record as to the reasons for their decisions. Plaintiffs may ask the Rule 30(b)(6) witness about the process for determining and documenting an undue hardship determination, but Plaintiffs may not question the panelists as to their reasoning for denying any particular appeal.

In addition, by their description of the decision–making processes in the Affirmation of Eric Eichenholtz, ECF No. [32–2], the Court's discussion with counsel during April 13, 2022 Telephone Conference, and their letter at ECF No. 65 , Defendants have made a threshold showing that the deliberative process privilege attaches to the deliberations of the Citywide Panel. See, e.g., Swanston v. City of Plano, Texas, No. 19 Civ. 412 (ALM), 2020 WL 4732214, at *2 (E.D. Tex. Aug. 14, 2020); E.E.O.C. v. Wal–Mart Stores, Inc., 276 F.R.D. 637, 641–42 (E.D. Wash. 2011). Although some courts have found that a balancing test as to the applicability of the privilege should not be applied, this Court applies the test in light of the need to streamline and focus the expedited discovery. In assessing the privilege, courts have considered the following factors: "(i) the relevance of the evidence sought to be protected; (ii) the availability of other evidence; (iii) the 'seriousness' of the litigation and the issues involved; (iv) the role of the government in the litigation; and (v) the possibility of future timidity by government employees who will be forced to recognize that their secrets are violable." See In re Subpoena Duces Tecum Served on Off. of Comptroller of Currency, 145 F.3d 1422, 1424 (D.C. Cir. 1998) (discussing the similar banking examination privilege) (citation omitted). Applying these factors, the third and fourth factors favor Plaintiffs in that the case raises serious constitutional issues, and the Government's participation is central to the case. As to the first factor, the relevance of the evidence is speculative, in that Plaintiffs have not offered evidence that any Citywide Panel member acted out of animus or improper consideration. What weighs strongly against Plaintiffs' discovery request at this time is that they have not explored the issues that they will be permitted to examine as noted above, which might obviate the need for the proposed line of questioning. What weighs equally strongly against Plaintiffs' proposed inquiry would be the potential chilling impact on the Citywide Panel members, whose work is ongoing. |

| | | |
|---|---|---|
| | | The deliberative process privilege can be overcome by a showing of sufficient need, but Plaintiffs have not made such a showing here. It may be that later in this litigation, Plaintiffs may be able to justify the proposed discovery. Defendants are on notice that by opposing the scope of depositions requested by Plaintiffs, some witnesses may later need to be recalled if Plaintiffs do establish a right to explore the areas not permitted at this time.<br><br>Plaintiffs' request to depose all nine CityWide Panel members as part of preliminary injunction discovery is denied for the reasons stated above. Such discovery would be disproportionate to the limited discovery permitted on the preliminary injunction, as argued by Defendants' counsel. A Rule 30(b)(6) deposition will suffice at this time.<br><br>The parties are to complete the Rule 30(b)(6) deposition by May 26, 2022. Ordered by Magistrate Judge Vera M. Scanlon on 5/13/2022. (Scully, Nicole) (Entered: 05/13/2022) |
| 05/13/2022 | | SCHEDULING ORDER: A Telephone Conference is scheduled for 5/18/2022 at 2:30 PM before Magistrate Judge Vera M. Scanlon to discuss any outstanding discovery issues and confirm the deposition schedule for the Rule 30(b)(6) witness. The parties are to call 877–336–1829 and type in the access code 3581283 for the AT&T conference bridge. Ordered by Magistrate Judge Vera M. Scanlon on 5/13/2022. (Scully, Nicole) (Entered: 05/13/2022) |
| 05/16/2022 | 67 | SUMMONS Returned Executed by Matthew Rivera, Sabina Kolenovic, Gennaro Agovino, New Yorkers For Religious Liberty, Inc., Frank Schimenti, Brendan Fogarty, Curtis Cutler, Dean Paolillo, Laura Satira, James Schmitt, Krista Odea, Liz Delgado, Dennis Pillet, Janine Demartini. Eric Adams served on 2/10/2022, answer due 3/3/2022; Dave Chokshi served on 2/10/2022, answer due 3/3/2022; The City of New York served on 2/10/2022, answer due 3/3/2022. (Attachments: # 1 Exhibit A – Proof of Service Receipt) (Nelson, Jonathan) (Entered: 05/16/2022) |
| 05/16/2022 | 68 | SUMMONS Returned Executed by Matthew Rivera, Sabina Kolenovic, Gennaro Agovino, New Yorkers For Religious Liberty, Inc., Frank Schimenti, Brendan Fogarty, Curtis Cutler, Dean Paolillo, Laura Satira, James Schmitt, Krista Odea, Liz Delgado, Dennis Pillet, Janine Demartini. Roberta Reardon served on 4/19/2022, answer due 5/10/2022. (Nelson, Jonathan) (Entered: 05/16/2022) |
| 05/16/2022 | 69 | Letter MOTION for Leave to File Document *nunc pro tunc* by Gennaro Agovino, Curtis Cutler, Liz Delgado, Janine Demartini, Brendan Fogarty, Sabina Kolenovic, New Yorkers For Religious Liberty, Inc., Krista Odea, Dean Paolillo, Dennis Pillet, Matthew Rivera, Laura Satira, Frank Schimenti, James Schmitt. (Attachments: # 1 Draft Rule 7.1 Disclosure Statement) (Nelson, Jonathan) (Entered: 05/16/2022) |
| 05/17/2022 | 70 | RESPONSE in Opposition re 66 MOTION for pre motion conference *for leave to file motion to dismiss the complaint* filed by Gennaro Agovino, Curtis Cutler, Liz Delgado, Janine Demartini, Brendan Fogarty, Sabina Kolenovic, New Yorkers For Religious Liberty, Inc., Krista Odea, Dean Paolillo, Dennis Pillet, Matthew Rivera, Laura Satira, Frank Schimenti, James Schmitt. (Nelson, Jonathan) (Entered: 05/17/2022) |
| 05/18/2022 | | ORDER granting unopposed 69 Motion for Leave to File Document nunc pro tunc. Plaintiff New Yorkers For Religious Liberty, Inc. is to file its Rule 7.1 Disclosure Statement by the end of the day. Ordered by Magistrate Judge Vera M. Scanlon on 5/18/2022. (Scully, Nicole) (Entered: 05/18/2022) |
| 05/18/2022 | 71 | Corporate Disclosure Statement by New Yorkers For Religious Liberty, Inc. (Nelson, Jonathan) (Entered: 05/18/2022) |
| 05/18/2022 | | ORDER: As discussed at today's telephone conference, counsel are in the process of coordinating the Rule 30(b)(6) deposition permitted by the Court's 5/13/2022 Order. The deposition will be conducted on 5/24/2022 beginning at 9:00 AM via video platform for the reasons discussed on the teleconference record. On consent, attendance at the deposition itself is limited to counsel and counsels' staff, the parties, the court reporter and any technical staff needed to coordinate the video technology. Defendants anticipate that Eric Eichenholtz will serve as the 30(b)(6) witness. If that changes, Defendants' counsel will immediately notify Plaintiffs' counsel. Plaintiffs' suggestion that additional witnesses may be necessary is premature and based on arguments rejected in the Court's 5/13/2022 Order. Any application for one or more |

| | | |
|---|---|---|
| | | additional witnesses may only follow the 5/24/2022 deposition. Counsel agree that the deposition transcript may be publicly disseminated. To the extent any party objects to the release of a video of the deposition, the party must timely raise the issue with the Court if counsel cannot come to an agreement. Counsel are encouraged to discuss the logistics and timeline for the deposition prior to 5/24/2022 so that they may make the most efficient use of the time permitted for the deposition. As to paper discovery, the only issue raised was that Plaintiff Dennis Pillet's appeal has been denied so that Plaintiffs' counsel requests discovery related to him; Defendants' counsel represented that they would make the production of materials related to Plaintiff Pillet consistent with the production for the other Plaintiffs. On or before 5:00 PM on 5/26/2022, counsel are to submit a letter as to any outstanding discovery issues. If a conference is necessary, the Court will schedule one upon receipt of the status letter. Ordered by Magistrate Judge Vera M. Scanlon on 5/18/2022. (Scully, Nicole) (Entered: 05/18/2022) |
| 05/18/2022 | | Minute Entry for proceedings held before Magistrate Judge Vera M. Scanlon: Telephone Conference held on 5/18/2022. Jonathan R. Nelson, Barry Black, and Sarah Child appeared on behalf of Plaintiffs. Bilal Haider and Lora Minicucci appeared on behalf of Defendants The City of New York, Eric Adams, and Dave Chokshi. See separate docket entry for Order issuing from this proceeding (FTR Log #2:32 – 2:59.) (Lozar, Ryan) (Entered: 05/18/2022) |
| 05/24/2022 | 72 | TRANSCRIPT of Proceedings held on May 18, 2022, before Judge Scanlon. Court Transcriber: Transcriptions Plus II, Inc.. Email address: RL.Transcriptions2@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request – Transcript" located under "Other Filings – Other Documents". Redaction Request due 6/14/2022. Redacted Transcript Deadline set for 6/24/2022. Release of Transcript Restriction set for 8/22/2022. (Rocco, Christine) (Entered: 05/24/2022) |
| 05/26/2022 | 73 | Letter *from attorneys for plaintiffs and City defendants re discovery* by Frank Schimenti (Nelson, Jonathan) Modified on 6/1/2022 (Scully, Nicole). (Entered: 05/26/2022) |
| 05/27/2022 | | SCHEDULING ORDER: A Telephone Conference is set for 6/1/2022 at 4:00 PM before Magistrate Judge Vera M. Scanlon. The parties are to call 877–336–1829 and dial the access code 3581283 for the AT&T conference bridge. By 12:00 PM on 5/31/2022, Plaintiff is to file a copy of the document requests recently served on Defendants and the relevant portions of the 30(b)(6) deposition transcript they believe reveal additional relevant discovery that falls into the limited discovery ordered by the District Judge. The Court will hear argument on the issue at the Telephone Conference. Plaintiffs' request for an order compelling Defendants to produce documents pursuant to these additional discovery demands by 2:00 PM today is denied. Defendants should be prepared to discuss whether the discovery with respect to Dennis Pillet and Brendan Fogarty has been produced by the time of the conference, and if not, why not. Ordered by Magistrate Judge Vera M. Scanlon on 5/27/2022. (Scully, Nicole) (Entered: 05/27/2022) |
| 05/27/2022 | | ORDER re: 70 RESPONSE in Opposition re 66 MOTION for pre motion conference and denying 66 MOTION for pre motion conference –– By letter dated May 17, 2022, ECF No. 70, Plaintiffs seek leave to file an amended complaint, noting, *inter alia*, that certain allegations "were inadvertently deleted from the final draft" of the Complaint in this action. Plaintiffs' request for leave to file an amended complaint is granted. The record here does not reflect any undue delay, bad faith by Plaintiffs, that amendment at this stage will result in undue prejudice to Defendants, or that amendment would be futile. *See Adlife Mktg. & Commcns Co. v. Best Yet Mkt., Inc.*, No. 17–CV–02978, 2018 WL 4568801, at *1 (E.D.N.Y. Sept. 24, 2018). Plaintiffs shall file any amended complaint on or before **June 17, 2022**. Defendant Roberta Reardon's 66 MOTION for pre motion conference is denied without prejudice to renewal after that deadline. Ordered by Judge Diane Gujarati on 5/27/2022. (Almonte, Kelly) (Entered: 05/27/2022) |
| 05/31/2022 | 74 | Letter *To Magistrate Judge Vera M. Scanlon* by Gennaro Agovino, Curtis Cutler, Liz Delgado, Janine Demartini, Brendan Fogarty, Sabina Kolenovic, New Yorkers For |

| | | |
|---|---|---|
| | | Religious Liberty, Inc., Krista Odea, Dean Paolillo, Dennis Pillet, Matthew Rivera, Laura Satira, Frank Schimenti, James Schmitt (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F) (Nelson, Jonathan) (Entered: 05/31/2022) |
| 06/01/2022 | | Minute Entry for proceedings held before Magistrate Judge Vera M. Scanlon: Telephone Conference held on 6/1/2022. Jonathan R. Nelson and Sarah Elizabeth Child appearing on behalf of Plaintiffs. Bilal Haider and Lora Minicucci appearing on behalf of Defendants The City of New York, Eric Adams and Dave Chokshi. Shi–Shi Wang appearing on behalf of Defendant Roberta Reardon. See separate docket entry for Order issuing from this proceeding. (FTR Log #4:09 – 5:10.) (Dessources, Jose) Modified on 6/2/2022 (Scully, Nicole). (Entered: 06/01/2022) |
| 06/01/2022 | | ORDER granting in part, finding as moot in part 73 Motion for Discovery: For the reasons stated on the record, Plaintiffs' requests for additional discovery after the Rule 30(b)(6) deposition are denied except as to the very limited material that Defendants agreed to produce with regard to the model 'grant' letter and one Plaintiff's file. These materials are to be produced on or before 6/3/2022. Counsel agree that the preliminary injunction discovery is otherwise concluded. Ordered by Magistrate Judge Vera M. Scanlon on 6/1/2022. (Scully, Nicole) (Entered: 06/01/2022) |
| 06/10/2022 | | ORDER –– The parties are referred to mediation with Magistrate Judge Vera M. Scanlon. On or before June 13, 2022, counsel shall submit a joint letter to Judge Scanlon setting forth their and their clients' availability to participate in a mediation conference(s) through the end of July. In light of the recent completion of the discovery ordered by the Court on March 29, 2022, and the anticipated filing of an Amended Complaint, *see* May 27, 2022 Order, counsel are to confer with Judge Scanlon to set a schedule for preliminary injunction motion briefing based on the anticipated filing of the Amended Complaint. Ordered by Judge Diane Gujarati on 6/10/2022. (Almonte, Kelly) (Entered: 06/10/2022) |
| 06/13/2022 | 75 | Letter *Seeking Clarification Regarding The Court's June 10, 2022 Order* by Roberta Reardon (Wang, Shi–Shi) (Entered: 06/13/2022) |
| 06/13/2022 | 76 | Letter *regarding mediation (Joint)* by Eric Adams, Dave Chokshi, The City of New York (Haider, Bilal) (Entered: 06/13/2022) |
| 06/14/2022 | | ORDER. A Telephone Conference is set for 6/15/2022 at 10:00 AM before Magistrate Judge Vera M. Scanlon. Only counsel need appear and they are to call 877–336–1829 and type in the access code 3581283 for the AT&T conference bridge. Counsel should expect to have planning discussions pertaining to mediation conference and the related filings. See Dkt. Entry 6/10/2022; ECF Nos. 75–76. Ordered by Magistrate Judge Vera M. Scanlon on 6/14/2022. (Lozar, Ryan) (Entered: 06/14/2022) |
| 06/15/2022 | | Minute Entry for proceedings held before Magistrate Judge Vera M. Scanlon: Telephone Conference held on 6/15/2022. Sujata Gibson and Barry Black appearing on behalf of Plaintiffs. Bilal Haider and Lora Minicucci appearing on behalf of Defendants The City of New York, Eric Adams and Dave Chokshi. Shi–Shi Wang appearing on behalf of Defendant Roberta Reardon. See separate docket entry for Order issuing from this proceeding. (FTR Log #10:10 – 11:48.) (Dessources, Jose) (Entered: 06/15/2022) |
| 06/16/2022 | | ORDER. Plaintiffs will file an amended complaint on or before 6/17/22. Plaintiffs will file the revised preliminary injunction briefing submissions on or before 6/22/22. On or before 6/24/22 at noon, Defendants will file a letter with their proposed briefing schedule.

With regard to settlement discussions, the Court and Plaintiffs' counsel will discuss settlement possibilities via telephone on 6/27/22 at 10:00 AM before Magistrate Judge Vera M. Scanlon. Plaintiffs' counsel are to call 877–336–1829 and type in the access code 3581283 for the AT&T conference bridge. The Court and Defendants' counsel will discuss settlement possibilities on 6/28/22 at 12:15 PM before Magistrate Judge Vera M. Scanlon. Defendants' counsel are to call 877–336–1829 and type in the access code 3581283 for the AT&T conference bridge. Counsel and the Court will have a settlement status conference on 7/12/22 at 9:30 AM before Magistrate Judge Vera M. Scanlon. The parties are to call 877–336–1829 and type in the access code 3581283 for the AT&T conference bridge. Ordered by Magistrate Judge Vera M. Scanlon on |

| | | |
|---|---|---|
| | | 6/16/2022. (Lozar, Ryan) (Entered: 06/16/2022) |
| 06/17/2022 | <u>77</u> | AMENDED COMPLAINT against Eric Adams, Dave Chokshi, Roberta Reardon, The City of New York, filed by Matthew Rivera, Sabina Kolenovic, Gennaro Agovino, New Yorkers For Religious Liberty, Inc., Frank Schimenti, Brendan Fogarty, Curtis Cutler, Dean Paolillo, Laura Satira, James Schmitt, Krista Odea, Liz Delgado, Dennis Pillet, Janine Demartini. (Nelson, Jonathan) (Entered: 06/17/2022) |
| 06/18/2022 | <u>78</u> | AMENDED COMPLAINT *REDLINED VERSION* against Eric Adams, Dave Chokshi, Roberta Reardon, The City of New York, filed by Matthew Rivera, Sabina Kolenovic, Gennaro Agovino, New Yorkers For Religious Liberty, Inc., Frank Schimenti, Brendan Fogarty, Curtis Cutler, Dean Paolillo, Laura Satira, James Schmitt, Krista Odea, Liz Delgado, Dennis Pillet, Janine Demartini. (Nelson, Jonathan) (Entered: 06/18/2022) |
| 06/21/2022 | <u>79</u> | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on March 25, 2022, before Judge Diane Gujarati. Court Reporter/Transcriber Linda D. Danelczyk, Telephone number 718–613–2330. Email address: LindaDan226@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request – Transcript" located under "Other Filings – Other Documents". Redaction Request due 7/12/2022. Redacted Transcript Deadline set for 7/22/2022. Release of Transcript Restriction set for 9/19/2022. (Danelczyk, Linda) (Entered: 06/21/2022) |
| 06/22/2022 | 80 | MEMORANDUM in Support re <u>7</u> Emergency MOTION for Order to Show Cause *for a Preliminary Injunction and Temporary Restraining Order* filed by Gennaro Agovino, Curtis Cutler, Liz Delgado, Janine Demartini, Brendan Fogarty, Sabina Kolenovic, New Yorkers For Religious Liberty, Inc., Krista Odea, Dean Paolillo, Dennis Pillet, Matthew Rivera, Laura Satira, Frank Schimenti, James Schmitt. (Gibson, Sujata) (Entered: 06/22/2022) |
| 06/22/2022 | <u>81</u> | AFFIDAVIT/DECLARATION in Support re <u>7</u> Emergency MOTION for Order to Show Cause *for a Preliminary Injunction and Temporary Restraining Order of Sujata S. Gibson, Esq.* filed by Gennaro Agovino, Curtis Cutler, Liz Delgado, Janine Demartini, Brendan Fogarty, Sabina Kolenovic, New Yorkers For Religious Liberty, Inc., Krista Odea, Dean Paolillo, Dennis Pillet, Matthew Rivera, Laura Satira, Frank Schimenti, James Schmitt. (Attachments: # <u>1</u> Exhibit 1, # <u>2</u> Exhibit 2, # <u>3</u> Exhibit 3, # <u>4</u> Exhibit 4, # <u>5</u> Exhibit 5, # <u>6</u> Exhibit 6, # <u>7</u> Exhibit 7, # <u>8</u> Exhibit 8, # <u>9</u> Exhibit 9, # <u>10</u> Exhibit 10, # <u>11</u> Exhibit 11, # <u>12</u> Exhibit 12, # <u>13</u> Exhibit 13, # <u>14</u> Exhibit 14, # <u>15</u> Exhibit 15, # <u>16</u> Exhibit 16, # <u>17</u> Exhibit 17, # <u>18</u> Exhibit 18, # <u>19</u> Exhibit 19, # <u>20</u> Exhibit 20, # <u>21</u> Exhibit 21, # <u>22</u> Exhibit 22, # <u>23</u> Exhibit 23, # <u>24</u> Exhibit 24, # <u>25</u> Exhibit 25, # <u>26</u> Exhibit 26, # <u>27</u> Exhibit 27, # <u>28</u> Exhibit 28, # <u>29</u> Exhibit 29, # <u>30</u> Exhibit 30, # <u>31</u> Exhibit 31, # <u>32</u> Exhibit 32, # <u>33</u> Exhibit 33) (Gibson, Sujata) (Entered: 06/23/2022) |
| 06/24/2022 | <u>82</u> | MOTION to Stay *time to respond to the Amended Complaint pending outcome of the PI and proposed briefing schedule for both City and State Defendants* by Roberta Reardon. (Wang, Shi–Shi) (Entered: 06/24/2022) |
| 06/24/2022 | <u>83</u> | Letter *to Hon. Diane Gujarati* by Gennaro Agovino, Curtis Cutler, Liz Delgado, Janine Demartini, Brendan Fogarty, Sabina Kolenovic, New Yorkers For Religious Liberty, Inc., Krista Odea, Dean Paolillo, Dennis Pillet, Matthew Rivera, Laura Satira, Frank Schimenti, James Schmitt (Nelson, Jonathan) (Entered: 06/24/2022) |
| 06/24/2022 | | ORDER re: <u>80</u> MEMORANDUM in Support re <u>7</u> Emergency MOTION for Order to Show Cause –– On June 22, 2022, Plaintiffs filed a document titled "Consolidated Memorandum of Law in Support of Plaintiffs' Motion for a Preliminary Injunction," and docketed as "MEMORANDUM in Support re <u>7</u> Emergency MOTION for Order to Show Cause *for a Preliminary Injunction and Temporary Restraining Order*." *See* ECF No. 80. A review of the docket indicates that there is no pending motion for either a temporary restraining order or a preliminary injunction with respect to the now–operative Amended Complaint, ECF No. 77, which was filed on June 17, 2022. The only motion for a temporary restraining order and a preliminary injunction that has been filed, ECF No. 7, was filed with respect to the original Complaint in this action, ECF No. 1, which is no longer the operative Complaint. Further, Plaintiffs' |

| | | | |
|---|---|---|---|
| | | | motion for a temporary restraining order was denied on February 11, 2022. *See* ECF No. 34. Moreover, Plaintiffs' motion for a preliminary injunction did not seek certain relief described in ECF No. 80. To the extent that Plaintiffs are seeking either a temporary restraining order or a preliminary injunction based on the now−operative Amended Complaint, they must file a proper motion and must clearly specify the relief sought. Counsel is reminded that any request for relief must be filed as a motion on ECF. Ordered by Judge Diane Gujarati on 6/24/2022. (Almonte, Kelly) (Entered: 06/24/2022) |
| 06/27/2022 | 84 | | Letter *to Hon. Diane Gujarati* by Gennaro Agovino, Curtis Cutler, Liz Delgado, Janine Demartini, Brendan Fogarty, Sabina Kolenovic, New Yorkers For Religious Liberty, Inc., Krista Odea, Dean Paolillo, Dennis Pillet, Matthew Rivera, Laura Satira, Frank Schimenti, James Schmitt (Nelson, Jonathan) (Entered: 06/27/2022) |
| 06/27/2022 | 85 | | MOTION for Order to Show Cause *for a Temporary Restraining Order and Preliminary Injunction* by Gennaro Agovino, Curtis Cutler, Liz Delgado, Janine Demartini, Brendan Fogarty, Sabina Kolenovic, New Yorkers For Religious Liberty, Inc., Krista Odea, Dean Paolillo, Dennis Pillet, Matthew Rivera, Laura Satira, Frank Schimenti, James Schmitt. (Nelson, Jonathan) (Entered: 06/27/2022) |
| 06/27/2022 | | | Minute Entry for proceedings held before Magistrate Judge Vera M. Scanlon: Telephone Conference held on 6/27/2022. Sujata Sidhu Gibson, Barry Black, appearing for Plaintiffs. Settlement discussions held. (Dessources, Jose) (Entered: 06/27/2022) |
| 06/27/2022 | | | ORDER re: 85 MOTION for Order to Show Cause −− Today, June 27, 2022, Plaintiffs filed a Motion for Order to Show Cause for a Temporary Restraining Order and Preliminary Injunction. The relief sought therein differs from that referenced in Plaintiffs' 80 Memorandum of Law filed on June 22, 2022. Plaintiffs did not file a memorandum of law along with their 85 Motion for Order to Show Cause for a Temporary Restraining Order and Preliminary Injunction. By June 28, 2022 at 11:00 a.m., Plaintiffs must file a memorandum of law addressing their request for a temporary restraining order with respect to the June 30, 2022 deadline referenced in the 85 Motion. By 5:00 p.m. on June 28, 2022, Defendants shall file a response. Ordered by Judge Diane Gujarati on 6/27/2022. (Almonte, Kelly) (Entered: 06/27/2022) |
| 06/27/2022 | 86 | | MOTION for Preliminary Injunction *against NYSDOL* by Gennaro Agovino, Curtis Cutler, Liz Delgado, Janine Demartini, Brendan Fogarty, Sabina Kolenovic, New Yorkers For Religious Liberty, Inc., Krista Odea, Dean Paolillo, Dennis Pillet, Matthew Rivera, Laura Satira, Frank Schimenti, James Schmitt. (Attachments: # 1 Memorandum in Support) (Gibson, Sujata) (Entered: 06/27/2022) |
| 06/27/2022 | 87 | | AFFIDAVIT/DECLARATION in Support re 86 MOTION for Preliminary Injunction *against NYSDOL*, 7 Emergency MOTION for Order to Show Cause *for a Preliminary Injunction and Temporary Restraining Order*, 85 MOTION for Order to Show Cause *for a Temporary Restraining Order and Preliminary Injunction* filed by Gennaro Agovino, Curtis Cutler, Liz Delgado, Janine Demartini, Brendan Fogarty, Sabina Kolenovic, New Yorkers For Religious Liberty, Inc., Krista Odea, Dean Paolillo, Dennis Pillet, Matthew Rivera, Laura Satira, Frank Schimenti, James Schmitt. (Attachments: # 1 Exhibit) (Gibson, Sujata) (Entered: 06/27/2022) |
| 06/28/2022 | 88 | | MEMORANDUM in Support re Order,,, filed by Gennaro Agovino, Curtis Cutler, Liz Delgado, Janine Demartini, Brendan Fogarty, Sabina Kolenovic, New Yorkers For Religious Liberty, Inc., Krista Odea, Dean Paolillo, Dennis Pillet, Matthew Rivera, Laura Satira, Frank Schimenti, James Schmitt. (Nelson, Jonathan) (Entered: 06/28/2022) |
| 06/28/2022 | 89 | | MEMORANDUM in Opposition re 85 MOTION for Order to Show Cause *for a Temporary Restraining Order and Preliminary Injunction* filed by Eric Adams, Dave Chokshi, The City of New York. (Haider, Bilal) (Entered: 06/28/2022) |
| 06/28/2022 | | | Minute Entry for proceedings held before Magistrate Judge Vera M. Scanlon: Telephone Conference held on 6/27/2022. Lora Minicucci appearing for Defendants The City of New York, Eric Adams and Dave Chokshi. Shi−Shi Wang appearing on behalf of Defendant Roberta Reardon. Settlement discussions held. (Dessources, Jose) Modified on 6/29/2022. This proceeding was not recorded. (Dessources, Jose). |

| | | |
|---|---|---|
| | | (Entered: 06/28/2022) |
| 06/28/2022 | | **SCHEDULING ORDER** re: 85 MOTION for Order to Show Cause –– The Court will hold a conference on Plaintiffs' Motion on June 29, 2022 at 4:00 p.m. via teleconference. The call–in information for the telephone conference is 1–877–336–1839 and the access code is 2643682. Counsel should call in to the telephone conference five minutes before the conference begins. Persons granted remote access to proceedings are reminded that photographing, recording, and rebroadcasting of any court proceeding or communication with the Court are prohibited. Violation of these prohibitions may result in sanctions. A transcript of the proceedings may be ordered from the Clerk's Office. If any party has difficulty accessing the telephone conference, please contact chambers at Gujarati_Chambers@nyed.uscourts.gov. Ordered by Judge Diane Gujarati on 6/28/2022. (Almonte, Kelly) (Entered: 06/28/2022) |
| 06/29/2022 | 90 | TRANSCRIPT of Proceedings held on June 15, 2022, before Judge Scanlon. Court Reporter/Transcriber Transcriptions Plus II, Inc.. Email address: RL.Transcriptions2@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request – Transcript" located under "Other Filings – Other Documents". Redaction Request due 7/20/2022. Redacted Transcript Deadline set for 7/30/2022. Release of Transcript Restriction set for 9/27/2022. (Hong, Loan) (Entered: 06/29/2022) |
| 06/29/2022 | 91 | Minute Order for proceedings held before Judge Diane Gujarati: Conference on Plaintiffs' 85 MOTION for Order to Show Cause *for a Temporary Restraining Order and Preliminary Injunction* held on June 29, 2022. Sujata Sidhu Gibson, Barry Black, and Sarah Elizabeth Child appeared on behalf of Plaintiffs. Bilal Husain Haider appeared on behalf of the City Defendants. Shi–Shi Wang of the Office of the New York State Attorney General appeared on behalf of Defendant Roberta Reardon. The parties were heard on the motion. As set forth on the record, Plaintiffs' 85 Motion for a Temporary Restraining Order was denied. Also as set forth on the record, Plaintiffs' 85 Motion for a Preliminary Injunction was deemed to be the operative motion for a preliminary injunction with respect to the City Defendants, replacing the preliminary injunction motion previously filed and docketed at ECF No. 7, and Plaintiffs' 88 Memorandum was deemed to be the operative Memorandum of Law in support of Plaintiffs' 85 Motion for a Preliminary Injunction. A schedule for the remaining briefing on Plaintiffs' 85 Motion for a Preliminary Injunction was set, pursuant to which the City Defendants shall file their opposition by July 13, 2022 and Plaintiffs shall file their reply, if any, by July 20, 2022. The parties were referred to Magistrate Judge Vera M. Scanlon (1) for a briefing schedule on Plaintiffs' 86 Motion for Preliminary Injunction *against NYSDOL*; (2) in connection with Defendants' 82 Motion to Stay their response to the Amended Complaint; and (3) in connection with the ongoing mediation. The parties were directed to contact the chambers of Magistrate Judge Scanlon by July 5, 2022. (Court Reporter Linda Marino) (Almonte, Kelly) (Entered: 06/30/2022) |
| 07/01/2022 | 92 | MOTION for pre motion conference re 77 Amended Complaint, 82 MOTION to Stay *time to respond to the Amended Complaint pending outcome of the PI and proposed briefing schedule for both City and State Defendants pre–motion letter to dismiss the Amended Complaint* by Roberta Reardon. (Wang, Shi–Shi) (Entered: 07/01/2022) |
| 07/01/2022 | | SCHEDULING ORDER: A Telephone Conference is set for 7/7/2022 at 11:30 AM before Magistrate Judge Vera M. Scanlon to discuss scheduling as directed by the District Judge. The parties are to call 877–336–1829 and dial the access code 3581283 for the AT&T conference bridge. Ordered by Magistrate Judge Vera M. Scanlon on 7/1/2022. (Scully, Nicole) (Entered: 07/01/2022) |
| 07/07/2022 | | Minute Entry for proceedings held before Magistrate Judge Vera M. Scanlon: Telephone Conference held on 7/7/2022. Barry Black appearing on behalf of Plaintiffs. Bilal Haider and Lora Minicucci appearing on behalf of Defendants The City of New York, Eric Adams and Dave Chokshi. Shi–Shi Wang appearing on behalf of Defendant Roberta Reardon. See separate docket entry for Order issuing from this proceeding. (FTR Log #11:31–12:32.) (Dessources, Jose) (Entered: 07/07/2022) |

| | | |
|---|---|---|
| 07/07/2022 | | ORDER. Further to the District Judge's scheduling order at <u>91</u> , and having heard from counsel for Plaintiffs and the State Defendant, the schedule with regard to the motion at <u>86</u> is as follows: As to any named person as to whose record Plaintiffs seek to rely with regard to unemployment benefits in their motion for a preliminary injunction, Plaintiffs will provide the name, date of birth and last four digits of the person's Social Security number to the State Defendant's counsel by noon on 7/11/22; Defendant's counsel will endeavor to obtain any relevant files by 7/15/22, and as soon as practical, will provide copies to Plaintiffs' counsel; Defendant's opposition is to be served and filed on or before 7/29/22; and any reply is to be served and filed by 8/5/22.<br><br>As to the motion to stay the response to the amended complaint at <u>82</u> and at <u>92</u> , having heard the counsels' arguments, the motion is granted; as to each party, the answer or a premotion conference letter must be filed within two weeks of the District Court's decision on the parties' respective preliminary injunction motion. Counsel are referred to the transcript of today's conference for the Court's analysis of the motion to stay. Counsel are also on notice that the District Court may determine to revisit this issue after the briefing on the preliminary injunctions has been fully submitted.<br><br>The Court will continue the mediation discussions during the 7/12/22 conference that was previously scheduled. Counsel should be prepared to discuss a discovery schedule as well. Ordered by Magistrate Judge Vera M. Scanlon on 7/7/2022. (Lozar, Ryan) (Entered: 07/07/2022) |
| 07/12/2022 | | Minute Entry for proceedings held before Magistrate Judge Vera M. Scanlon: Telephone Conference held on 7/12/2022. Sujata Sidhu Gibson appearing for Plaintiffs. Lora Minicucci, Bilal Husain Haider and Shi–Shi Wang appearing for Defendants. See separate docket entry for Order issuing from this proceeding. (FTR Log #9:36–9:49.) Settlement discussions held off the record. (9:50–10:44 AM). (Scully, Nicole) (Entered: 07/12/2022) |
| 07/12/2022 | | SCHEDULING ORDER: The Court confirmed with the parties that in their briefing of the preliminary injunction, to the extent Defendants wish to raise jurisdictional or similar issues that relate to the Court's authority to issue a preliminary injunction (<u>e.g.</u>, subject matter jurisdiction, standing, abstention), they should raise the issues in the preliminary injunction briefing, and Plaintiffs should respond in their reply.<br><br>As discussed during today's teleconference, a Telephone Conference is set for 8/23/2022 at 4:30 PM to discuss discovery. On or before 8/16/2022, the parties are to file a jointly proposed discovery schedule, or a joint status report letter with their respective positions on whether discovery should be stayed in whole or in part.<br><br>Counsel discussed settlement possibilities. At this time, counsel will focus on the preliminary injunction briefing. Counsel will reach out to each other if they wish to continue settlement discussions. If they would like a settlement conference with the Court or a Court–annexed mediation, they should submit a joint letter requesting the referral. Ordered by Magistrate Judge Vera M. Scanlon on 7/12/2022. (Scully, Nicole) (Entered: 07/12/2022) |
| 07/13/2022 | <u>93</u> | MEMORANDUM in Opposition re <u>85</u> MOTION for Order to Show Cause *for a Temporary Restraining Order and Preliminary Injunction* filed by Eric Adams, Dave Chokshi, The City of New York. (Haider, Bilal) (Entered: 07/13/2022) |
| 07/13/2022 | <u>94</u> | AFFIDAVIT/DECLARATION in Opposition re <u>85</u> MOTION for Order to Show Cause *for a Temporary Restraining Order and Preliminary Injunction* filed by Eric Adams, Dave Chokshi, The City of New York. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B) (Haider, Bilal) (Entered: 07/13/2022) |
| 07/14/2022 | | ORDER re: <u>92</u> MOTION for pre motion conference –– In light of Magistrate Judge Scanlon's July 7, 2022 and July 12, 2022 Orders, Defendant Reardon is directed to file a letter, by July 21, 2022, indicating if she intends to pursue a motion to dismiss at this time or if she intends to defer any such motion until after resolution of the <u>86</u> MOTION for Preliminary Injunction *against* NYSDOL. Ordered by Judge Diane Gujarati on 7/14/2022. (Almonte, Kelly) (Entered: 07/14/2022) |
| 07/15/2022 | <u>95</u> | TRANSCRIPT of Proceedings held on July 7, 2022, before Judge Scanlon. Court Reporter/Transcriber Superior Reporting Services, LLC. Email address: |

| | | |
|---|---|---|
| | | transcripts@superiorreporter.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request – Transcript" located under "Other Filings – Other Documents". Redaction Request due 8/5/2022. Redacted Transcript Deadline set for 8/15/2022. Release of Transcript Restriction set for 10/13/2022. (Hong, Loan) (Entered: 07/15/2022) |
| 07/20/2022 | 96 | MOTION for pre motion conference re Order, *Proposed Briefing Schedule for State Defendant's Motion to Dismiss the Amended Complaint and In Response To Judge Gujarati's July 14, 2022 Docket Entry* by Roberta Reardon. (Wang, Shi–Shi) (Entered: 07/20/2022) |
| 07/20/2022 | 97 | Letter MOTION for Leave to File Excess Pages by Gennaro Agovino, Curtis Cutler, Liz Delgado, Janine Demartini, Brendan Fogarty, Sabina Kolenovic, New Yorkers For Religious Liberty, Inc., Krista Odea, Dean Paolillo, Dennis Pillet, Matthew Rivera, Laura Satira, Frank Schimenti, James Schmitt. (Black, Barry) (Entered: 07/20/2022) |
| 07/20/2022 | | ORDER granting 97 Letter MOTION for Leave to File Excess Pages –– The motion is granted on consent. Plaintiffs are granted leave to file a Reply Memorandum of Law limited to fifteen double–spaced pages. Ordered by Judge Diane Gujarati on 7/20/2022. (Almonte, Kelly) (Entered: 07/20/2022) |
| 07/20/2022 | 98 | MEMORANDUM in Support re 85 MOTION for Order to Show Cause *for a Temporary Restraining Order and Preliminary Injunction against City Mandates* filed by Gennaro Agovino, Curtis Cutler, Liz Delgado, Janine Demartini, Brendan Fogarty, Sabina Kolenovic, New Yorkers For Religious Liberty, Inc., Krista Odea, Dean Paolillo, Dennis Pillet, Matthew Rivera, Laura Satira, Frank Schimenti, James Schmitt. (Black, Barry) (Entered: 07/20/2022) |
| 07/20/2022 | 99 | AFFIDAVIT/DECLARATION in Support re 85 MOTION for Order to Show Cause *for a Temporary Restraining Order and Preliminary Injunction by Sujata S. Gibson* filed by Gennaro Agovino, Curtis Cutler, Liz Delgado, Janine Demartini, Brendan Fogarty, Sabina Kolenovic, New Yorkers For Religious Liberty, Inc., Krista Odea, Dean Paolillo, Dennis Pillet, Matthew Rivera, Laura Satira, Frank Schimenti, James Schmitt. (Attachments: # 1 Exhibit Nov. 12, 2021 Letter, # 2 Exhibit Oct. 20, 2021 Order of the Commissioner of Health and Mental Hygiene, # 3 Exhibit Jun. 22, 2022 COVID–19 FAQs) (Black, Barry) (Entered: 07/20/2022) |
| 07/25/2022 | 100 | MOTION for Leave to File Excess Pages *for State Defendants' Opposition to Plaintiffs' Motion for a Preliminary Injunction* by Roberta Reardon. (Wang, Shi–Shi) (Entered: 07/25/2022) |
| 07/27/2022 | | ORDER REFERRING MOTIONS: Plaintiffs' 86 MOTION for Preliminary Injunction *against NYSDOL* is respectfully referred to Magistrate Judge Vera M. Scanlon for a report and recommendation. Defendant Reardon's 92 MOTION for pre motion conference, 96 MOTION for pre motion conference, and 100 MOTION for Leave to File Excess Pages are also respectfully referred to Judge Scanlon. Ordered by Judge Diane Gujarati on 7/27/2022. (Almonte, Kelly) (Entered: 07/27/2022) |
| 07/28/2022 | | ORDER granting 100 Motion for Leave to File Excess Pages. Defendant Reardon may have up to 32 pages for the opposition brief and Plaintiffs may have up to 15 pages for the reply brief. Ordered by Magistrate Judge Vera M. Scanlon on 7/28/2022. (Scully, Nicole) (Entered: 07/28/2022) |
| 07/29/2022 | 101 | AFFIDAVIT/DECLARATION in Opposition re 86 MOTION for Preliminary Injunction *against NYSDOL Declaration of Lars E. Thompson* filed by Roberta Reardon. (Wang, Shi–Shi) (Entered: 07/29/2022) |
| 07/29/2022 | 102 | AFFIDAVIT/DECLARATION in Opposition re 86 MOTION for Preliminary Injunction *against NYSDOL Declaration of Stephen M. Geskey* filed by Roberta Reardon. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Wang, Shi–Shi) (Entered: 07/29/2022) |
| 07/29/2022 | 103 | MEMORANDUM in Opposition re 86 MOTION for Preliminary Injunction *against NYSDOL* filed by Roberta Reardon. (Wang, Shi–Shi) (Entered: 07/29/2022) |

| 07/29/2022 | 104 | MEMORANDUM in Opposition re 86 MOTION for Preliminary Injunction *against NYSDOL CORRECTED VERSION WITH TABLE OF CONTENTS* filed by Roberta Reardon. (Wang, Shi−Shi) (Entered: 07/29/2022) |
|---|---|---|
| 08/03/2022 | 105 | Letter MOTION to Stay *to Hon. Vera M. Scanlon* by Gennaro Agovino, Curtis Cutler, Liz Delgado, Janine Demartini, Brendan Fogarty, Sabina Kolenovic, New Yorkers For Religious Liberty, Inc., Krista Odea, Dean Paolillo, Dennis Pillet, Matthew Rivera, Laura Satira, Frank Schimenti, James Schmitt. (Black, Barry) (Entered: 08/03/2022) |
| 08/05/2022 | | **SCHEDULING ORDER**: Oral argument on Plaintiffs' 85 Motion for a Preliminary Injunction will be heard on **August 11, 2022 at 3:30 p.m.** The call−in information for the telephone conference is 1−877−336−1839 and the access code is 2643682. Counsel should call in to the telephone conference five minutes before the conference begins. Persons granted remote access to proceedings are reminded that photographing, recording, and rebroadcasting of any court proceeding or communication with the Court are prohibited. Violation of these prohibitions may result in sanctions. A transcript of the proceedings may be ordered from the assigned court reporter. If any party has difficulty accessing the telephone conference, please contact chambers at Gujarati_Chambers@nyed.uscourts.gov. Ordered by Judge Diane Gujarati on 8/5/2022. (Almonte, Kelly) (Entered: 08/05/2022) |
| 08/08/2022 | | ORDER granting 96 Motion for Briefing Schedule. The parties' briefing schedule for the motion to dismiss as to the State is as follows: 1) opening brief due by August 8, 2022, 2) opposing brief due by August 29, 2022, and 3) reply due by September 6, 2022. Ordered by Magistrate Judge Vera M. Scanlon on 8/8/2022. (Scanlon, Vera) (Entered: 08/08/2022) |
| 08/08/2022 | | ORDER denying 105 Motion to Stay; Granting the motion for additional time for Plaintiffs to submit a Reply as to the Preliminary Injunction against the State Defendant. Plaintiffs have not stated a sufficient ground for the stay requested on the preliminary injunction motion as to the State Defendant. In light of the medical issue stated in the letter, on consent, Plaintiffs' time to reply to the preliminary injunction briefing as to the State Defendant is extended to 8/26/22. Should any party wish to request additional time on the briefing on the motion to dismiss as to the State Defendant, the party should submit a letter request. Counsel are reminded of the upcoming conference with the District Judge. Ordered by Magistrate Judge Vera M. Scanlon on 8/8/2022. (Scanlon, Vera) (Entered: 08/08/2022) |
| 08/08/2022 | 106 | NOTICE of Voluntary Dismissal by Gennaro Agovino, Curtis Cutler, Liz Delgado, Janine Demartini, Brendan Fogarty, Sabina Kolenovic, New Yorkers For Religious Liberty, Inc., Krista Odea, Dean Paolillo, Dennis Pillet, Matthew Rivera, Laura Satira, Frank Schimenti, James Schmitt *of Defendant Roberta Reardon, in her capacity as New York State Commissioner of Labor* (Child, Sarah) (Entered: 08/08/2022) |
| 08/09/2022 | | **ORDER DISMISSING PARTIES** −− As per the 106 NOTICE of Voluntary Dismissal filed on August 8, 2022, this action is hereby dismissed as against Defendant Roberta Reardon, without prejudice. Ordered by Judge Diane Gujarati on 8/9/2022. (Almonte, Kelly) (Entered: 08/09/2022) |
| 08/09/2022 | | ORDER denying 86 Motion for Preliminary Injunction against NYSDOL and 92 MOTION for pre motion conference as moot −− In light of the August 9, 2022 Order dismissing this action as against Defendant Reardon, Plaintiffs' 86 Motion for Preliminary Injunction against NYSDOL and Defendant Reardon's 92 MOTION for pre motion conference are denied as moot. Ordered by Judge Diane Gujarati on 8/9/2022. (Almonte, Kelly) (Entered: 08/09/2022) |
| 08/11/2022 | 107 | Minute Order for proceedings held before Judge Diane Gujarati: Oral argument on Plaintiffs' 85 Motion for a Preliminary Injunction held before Judge Diane Gujarati on August 11, 2022. Barry Black and Sarah Elizabeth Child appeared on behalf of Plaintiffs. Lora Minicucci appeared on behalf of the City Defendants. The parties were heard on the motion. For the reasons stated on the record, Plaintiffs' 85 Motion for a Preliminary Injunction was denied. The parties were directed to Magistrate Judge Vera M. Scanlon for discovery management.. (Court Reporter Stacy Mace) (Almonte, Kelly) (Entered: 08/11/2022) |
| 08/16/2022 | 108 | Letter *to Hon. Vera M. Scanlon* by Gennaro Agovino, Curtis Cutler, Liz Delgado, Janine Demartini, Brendan Fogarty, Sabina Kolenovic, New Yorkers For Religious |

| | | |
|---|---|---|
| | | Liberty, Inc., Krista Odea, Dean Paolillo, Dennis Pillet, Matthew Rivera, Laura Satira, Frank Schimenti, James Schmitt (Nelson, Jonathan) (Entered: 08/16/2022) |
| 08/17/2022 | 109 | NOTICE OF INTERLOCUTORY APPEAL as to 107 Order on Motion for Order to Show Cause,,, Motion Hearing,, by Gennaro Agovino, Curtis Cutler, Liz Delgado, Janine Demartini, Brendan Fogarty, Sabina Kolenovic, New Yorkers For Religious Liberty, Inc., Krista Odea, Dean Paolillo, Dennis Pillet, Matthew Rivera, Laura Satira, Frank Schimenti, James Schmitt. Filing fee $ 505, receipt number ANYEDC–15853032. (Black, Barry) (Entered: 08/17/2022) |
| 08/17/2022 | | Electronic Index to Record on Appeal sent to US Court of Appeals. 109 Notice of Interlocutory Appeal, Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (Jones, Vasean) (Entered: 08/17/2022) |