

HON. SYLVIA O. HINDS-RADIX
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NEW YORK 10007

SUSAN PAULSON
*Assistant Corporation Counsel*
Phone: 212-356-0821
spaulson@law.nyc.gov

February 10, 2023

Clerk of the Court
U.S. Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007

Re: *New Yorkers for Religious Liberty, Inc. v. City of New York*, No. 22-1801

To the Hon. Clerk of the Court:

This Court (Jacobs, Lee, Pérez, C.JJ.) heard argument in this appeal on February 8, 2023. Defendants-appellees write pursuant to Rule 28(j) to inform the Court that the formal actions making COVID-19 vaccination optional for current and prospective employees referenced in our prior letter (ECF No. 174) have now been completed. Attached as Exhibit A to this letter are the relevant Executive Orders and Board of Health Orders.

We also attach a FAQ document distributed to City personnel officers requested by plaintiffs' counsel yesterday. As noted in our prior letter (ECF No. 174), employees terminated for non-compliance with the vaccination requirement are free to apply for new positions regardless of their vaccination status, but they will not automatically be reinstated to their prior positions. Nonetheless, tenured competitive- and labor-class employees—a group that includes most City employees, but by law excludes teachers formerly employed by DOE, *see* N.Y. Civ. Serv. Law § 35(g)—are eligible for discretionary reinstatement without backpay in accordance with preexisting regulations. *See* Personnel Rules & Regs. of City of New York §§ 6.2.1 to 6.2.4 (employees who retired or resigned) & § 6.2.6 (employees who were dismissed). And former employees not eligible for discretionary reinstatement may apply for rehire.

Lastly, at argument Judge Jacobs asked the City's counsel to look into plaintiffs' counsel's claim that plaintiffs formerly employed by DOE are unable to access an

unspecified account (Argument Recording at 16:52-17:09). Based on a web address plaintiffs' counsel has provided, it appears that counsel was referring to the employee portal for active DOE employees. That portal is not available to terminated employees, whose access has been discontinued following their termination as administrative and operational resources allow. Plaintiffs are able to apply to jobs online, at https://teachnyc.net/ and https://www.nyc.gov/jobs, and are free to reach out to their former supervisors should they require letters of reference or other information.

We are of course prepared to submit supplemental briefing addressing these matters, but rather than presume that the Court desires a second round of supplemental briefing from the parties, we will await the Court's direction, if any.

/s/
Susan Paulson
Assistant Corporation Counsel

cc: All counsel (by ECF)

# Exhibit A

Case 22-1801, Document 181, 02/10/2023, 3467587, Page3 of 17

**ORDER OF THE BOARD OF HEALTH
RESCINDING ORDERS REQUIRING COVID-19 VACCINATION
IN CHILD CARE AND EARLY INTERVENTION PROGRAMS,
FOR NONPUBLIC SCHOOL STAFF, AND FOR
INDIVIDUALS WORKING IN CERTAIN CHILD CARE PROGRAMS**

**WHEREAS,** on March 25, 2020, the Commissioner of Health and Mental Hygiene ("Commissioner") declared the existence of a public health emergency within New York City to address the continuing threat posed by COVID-19 to the health and welfare of City residents, and such declaration and public health emergency continue to be in effect; and

**WHEREAS**, pursuant to Section 3.01(d) of the Health Code, when urgent public health action is necessary to protect the public health against an existing threat and a public health emergency has been declared, the Commissioner is authorized to issue orders and take actions that are deemed necessary for the health and safety of the City and its residents; and

**WHEREAS,** on September 12, 2021, the Commissioner issued, and on September 17, 2021, the Board of Health ratified and continued, an Order requiring staff of early childhood programs or services that are provided under contract with the Department of Education or the Department of Youth and Community Development to provide proof of COVID-19 vaccination (the "September 12, 2021 Order"); and

**WHEREAS,** on November 17, 2021, the Commissioner issued, and on November 19, 2021 the Board of Health ratified and continued, an Order requiring COVID-19 vaccination and face coverings in child care and Early Intervention programs (the "November 17, 2021 Order"), which was modified by the Board of Health on July 21, 2022, to rescind the mask requirement (the "July 21, 2022 Order"); and

**WHEREAS,** on December 2, 2021, the Commissioner issued, and on December 20, 2021, the Board of Health ratified and continued, an Order requiring COVID-19 vaccination for nonpublic school staff (the "December 2, 2021 Order"); and

**WHEREAS,** as of January 26, 2023, more than 7.5 million City residents, representing 90% of residents of all ages, have received at least one dose of vaccination against COVID-19, with more than 81% of residents having completed a primary series of vaccination, and 58% of children ages 5 to 12 years have received at least one dose and 51% have completed a primary series of vaccinations; and

**WHEREAS,** high vaccination rates correlate with lower rates of hospitalization and death and the high rate of vaccination among City residents has proven effective in lessening the burden of COVID-19 on the City's healthcare system; and

**WHEREAS,** on September 20, 2022, based on guidance from New York State, the Commissioner issued an Order to Rescind the Covid-19 Vaccination Requirement for Participation in High Risk Extracurricular Activities, which was ratified and continued by the Board of Health on October 25, 2022: and

**WHEREAS**, on October 25, 2022, the Board of Health rescinded, as of November 1, 2022, the December 13, 2021 Order to Require COVID-19 Vaccination in the Workplace, which had required non-governmental workers to provide proof of COVID-19 vaccination said rescission which took effect November 1, 2022;

**NOW THEREFORE BE IT RESOLVED**, the Board of Health hereby orders that the September 12, 2021 Order, the November 17, 2021 Order as modified by the July 21, 2022 Order, and the December 2, 2021 Order are **RESCINDED**.

Dated: February 9, 2023

**ORDER OF THE BOARD OF HEALTH**
**TO AMEND THE REQUIREMENT FOR**
**COVID-19 VACCINATION FOR CITY EMPLOYEES**
**AND EMPLOYEES OF CERTAIN CITY CONTRACTORS**

**WHEREAS,** on March 25, 2020, the Commissioner of Health and Mental Hygiene ("Commissioner") declared the existence of a public health emergency within New York City to address the continuing threat posed by COVID-19 to the health and welfare of City residents, and such declaration and public health emergency continue to be in effect; and

**WHEREAS**, pursuant to Section 3.01(d) of the Health Code, when urgent public health action is necessary to protect the public health against an existing threat and a public health emergency has been declared, the Commissioner is authorized to issue orders and take actions that are deemed necessary for the health and safety of the City and its residents; and

**WHEREAS,** on October 20, 2021, the Commissioner issued an "Order to Require COVID-19 Vaccination for City Employees and Certain City Contractors" that required all City employees, except certain Department of Correction employees and certain employees of some City contractors, to provide proof to the agency or office where they work that they had been vaccinated against COVID-19, and required certain employees of some City contractors to provide the same proof to their employer (the "October 20, 2021 Order"); and

**WHEREAS,** on October 31, 2021, the Commissioner issued a "Supplemental Order to Require COVID-19 Vaccination for City Employees and Employees of Certain City Contractors," delaying until November 8, 2021, application of the October 20, 2021 Order for certain employees or contractors, and requiring additional City contractors not covered by the October 20, 2021 Order to ensure that certain of their employees, provide proof that they had been vaccinated against COVID-19 (the "October 31, 2021 Order"); and

**WHEREAS,** on November 1, 2021, the Board of Health ratified and continued both the October 20, 2021 Order and the October 31, 2021 Order; and

**WHEREAS,** as of February 1, 2023, 331,955 City employees, representing 96% of all City employees, have completed a primary series of vaccination, and high vaccination rates correlate with lower rates of hospitalization and death; and

**WHEREAS,** as of January 26, 2023, more than 6.6 million adults residing in New York City, representing 99% of all such adults, have received at least one dose of vaccination against COVID-19, and more than 5.9 million adults residing in New York City, representing 90% of all such adults, have completed a primary series of vaccination, and high vaccination rates correlate with lower rates of hospitalization and death; and

**WHEREAS,** the high rate of vaccination among adults in New York City has proven effective in lessening the burden ofCOVID-19 on the City's healthcare system;

**NOW THEREFORE BE IT RESOLVED**, the Board of Health hereby orders that the October 20, 2021 Order, and the October 31, 2021 Order, as ratified and continued by the Board of Health on November 1, 2021, are hereby **AMENDED** as follows:

1. Paragraph 3 of the October 20, 2021 Order is **REPEALED**, so that a City employee who does not provide the required proof of vaccination as described in paragraph 2 of that Order no longer need be excluded from the premises at which they work.

2. Paragraph 4 of the October 20, 2021 Order, and paragraph 2 of the October 31, 2021 Order, are **MODIFIED**, so that a City human services contractor or other City contractor described in those paragraphs no longer needs to require their covered employees to provide proof of vaccination against COVID-19.

Dated: February 9, 2023

**ORDER OF THE BOARD OF HEALTH**
**AMENDING COVID-19 VACCINATION REQUIREMENTS**
**FOR DEPARTMENT OF EDUCATION**
**EMPLOYEES, CONTRACTORS, VISITORS AND OTHERS**

**WHEREAS,** on March 25, 2020, the Commissioner of Health and Mental Hygiene ("Commissioner") declared the existence of a public health emergency within New York City to address the continuing threat posed by COVID-19 to the health and welfare of City residents, and such declaration and public health emergency continue to be in effect; and

**WHEREAS**, pursuant to Section 3.01(d) of the Health Code, when urgent public health action is necessary to protect the public health against an existing threat and a public health emergency has been declared, the Commissioner is authorized to issue orders and take actions that are deemed necessary for the health and safety of the City and its residents; and

**WHEREAS,** on September 15, 2021, the Commissioner issued, and on September 17, 2021, the Board of Health ratified and continued, an Order requiring proof of COVID-19 vaccination by September 27, 2021, for Department of Education ("DOE") employees, visitors to school buildings, charter school staff, and individuals who work in-person in a DOE or charter school setting or DOE building ("September 15, 2021 Order"); and

**WHEREAS,** on September 28, 2021, the Commissioner extended the deadline by which DOE employees, visitors to school buildings, charter school staff, and individuals who work in-person in a DOE or charter school setting or DOE building were required to comply with the September 15, 2021 Order ("September 28, 2021 Order"), which extension was ratified and continued by the Board of Health on October 18, 2021; and

**WHEREAS,** as of January 26, 2023, more than 7.5 million City residents, representing 90% of residents of all ages, have received at least one dose of vaccination against COVID-19, with more than 81% of residents having completed a primary series of vaccination; among 5- to 12-year-olds, 58% have received at least one dose and 51% have completed a primary series; among 13- to 17-year-olds, 93% have completed at least one dose and 83% have completed a primary series; and

**WHEREAS,** as of February 1, 2023, 171,371 DOE employees, representing 99% of all DOE employees, have completed a primary series of vaccination; and

**WHEREAS,** high vaccination rates correlate with lower rates of hospitalization and death, and the high rate of vaccination among City residents has proven effective in lessening the burden of COVID-19 on the City's healthcare system; and

**WHEREAS,** on September 20, 2022, based on guidance from New York State, the Commissioner issued an Order to Rescind the Covid-19 Vaccination Requirement for Participation in High Risk Extracurricular Activities, which was ratified and continued by the Board of Health on October 25, 2022;

**NOW THEREFORE BE IT RESOLVED**, the Board of Health hereby orders that the September 15, 2021 Order, as amended by the September 28, 2021, Order is further **AMENDED** as follows:

1. Paragraph 1 of the September 15, 2021 Order, as amended by the September 28, 2021 Order, is amended to **REPEAL** the requirement for new DOE staff and new City employees to provide proof of vaccination and **REPEAL** the requirement for staff of any charter school and staff of contractors working in DOE schools or buildings to provide proof of vaccination to their employer, and to **AMEND** the requirement that DOE staff and City employees who worked in-person in a DOE school setting, DOE building, or charter school setting were required to provide proof of vaccination to the DOE or their employer by October 1, 2021 or prior to beginning their employment, so that if any current staff or employee did not provide such proof, they are no longer required to do so.

2. Paragraph 3 of the September 15, 2021 Order, requiring visitors to DOE school buildings to have received at least one dose of a COVID-19 vaccine, as amended by the September 28, 2021 Order, is **REPEALED**.

3. Paragraph 4 of the September 15, 2021 Order, relating to remote participation in public meetings and hearings in DOE school buildings, is **REPEALED**.

Dated: February 9, 2023



The City of New York
Office of the Mayor
New York, N.Y. 10007

EXECUTIVE ORDER NO. 25

February 6, 2023

REVOCATION OF EXECUTIVE ORDERS RELATING TO NEW HIRE
VACCINATION REQUIREMENT

By the power vested in me as Mayor of the City of New York, it is hereby ordered:

Section 1. Executive Order No. 75, dated August 2, 2021, as amended by Executive Order 76, dated August 17, 2021, is hereby revoked.

§ 2. This Order shall take effect on February 10, 2023.

Eric Adams
Mayor



The City of New York
Office of the Mayor
New York, N.Y. 10007

## EMERGENCY EXECUTIVE ORDER NO. 331

February 9, 2023

WHEREAS, the COVID-19 pandemic has severely impacted New York City and its economy, and is addressed effectively only by joint action of the City, State, and Federal governments; and

WHEREAS, the state of emergency to address the threat and impacts of COVID-19 in the City of New York first declared in Emergency Executive Order No. 98, dated March 12, 2020, and extended most recently by Emergency Executive Order No. 315, dated January 20, 2023, remains in effect; and

WHEREAS, this Order is given because of the propensity of the virus to spread person-to-person, and also because the actions taken to prevent such spread have led to property loss and damage; and

WHEREAS, Executive Order No. 25, dated February 6, 2023, rescinded the requirement for prospective City employees to be vaccinated against COVID-19 as of February 10, 2023; and on February 9, 2023, the Board of Health resolved to make COVID-19 vaccination optional for certain City and DOE employees; and

WHEREAS, pursuant to paragraph 6.2.6 of the Personnel Rules and Regulations of the City of New York ("PRR"), a person who was dismissed from a permanent competitive or labor class position in an agency under the jurisdiction of the Commissioner of Citywide Administrative Services may submit a written application for reinstatement in accordance with the Rule, and is eligible for discretionary reinstatement for a period of one year only from the date of dismissal; and

WHEREAS, certain employees were dismissed from their positions effective February 11, 2022 for failing to provide proof of vaccination against COVID-19, and now may be eligible to apply for reinstatement pursuant to PRR Rule 6.2.6, but would need adequate time to do so;

NOW, THEREFORE, pursuant to the powers vested in me by the laws of the State of New York and the City of New York, including but not limited to the New York Executive Law, the New York City Charter and the Administrative Code of the City of New York, and the common law authority to protect the public in the event of an emergency:

Section 1. I hereby order that section 1 of Emergency Executive Order No. 327, dated February 4, 2023, is extended for five (5) days.

§ 2. I hereby suspend paragraph 6.2.6(b)(1) of the PRR, to the extent necessary to allow a person who was dismissed on or after February 11, 2022, but prior to March 10, 2022, from a permanent competitive or labor class position in an agency under the jurisdiction of the Commissioner of Citywide Administrative Services for failure to provide proof of vaccination against COVID-19, to submit a written application for reinstatement, which shall be otherwise in accordance with Rule 6.2.6, on or before March 10, 2023.

§ 3. I hereby direct the Fire and Police Departments, the Department of Buildings, the Sheriff, and other agencies as needed, to enforce the directives set forth in this Order in accordance with their lawful authorities, including Administrative Code sections 15-227(a), 28-105.10.1, and 28-201.1, and section 107.6 of the Fire Code. Violations of the directives set forth in this Order may be issued as if they were violations under Health Code sections 3.07 and 3.11, and enforced by the Department of Health and Mental Hygiene or any other agency.

§ 4. This Emergency Executive Order shall take effect immediately and shall remain in effect for five (5) days unless it is terminated or modified at an earlier date.

Eric Adams
Mayor

updated 2/6/23

# FAQ regarding New York City Employees and the COVID-19 Vaccine

**Definitions**

**Rehire:** Refers to the process to be taken for former employees to become active employees after termination. All former employees referenced in this document are eligible for rehire by a city agency.

**Reinstatement:** Refers to reappointment to the former civil service title held by the employee.

**Vaccine Mandate Details**

1. **What is the Vaccine Mandate?**

   Since November 1, 2021, City employees have been required to submit proof that they have received the primary series of the COVID-19 vaccine, per a series of Commissioner of Health Orders. The COVID-19 vaccine requirement applied to current city and DOE employees, nonpublic school staff, early childcare and daycare staff, prospective City employees, as well as visitors to Department of Education (DOE) school buildings.

   The Executive Orders 75 and 76 mandating that all new City employees be vaccinated is also rescinded.

   On February 6, 2023, Mayor Adams announced the City's decision to rescind its vaccine mandate. As of February 10, 2023, the COVID-19 vaccine is optional for current and prospective City employees.

   As of February 10, 2023, agencies should no longer include the vaccination requirement wording in job postings and should no longer ask for proof of vaccination when onboarding. For current open job postings, agencies will receive guidance from DCAS.

**Employees who Resigned/Retired**

1. **Are employees who resigned or retired around the time the vaccine requirement was implemented eligible to be reinstated?**
   Agencies should follow the Personnel Rules of the City of New York concerning reinstatement of permanent, competitive or labor class employees who have resigned or retired. Agency personnel officers should work with DCAS to reinstate these employees.

   Represented employees who resigned or retired after signing the waiver regarding their return are not eligible for reinstatement.

   Employees who executed the Extended LWOP waivers are permitted to seek reinstatement.

updated 2/6/23

**Terminated Employees**

1. **Are employees who were terminated due to their failure to comply with the vaccination mandate eligible to be reinstated?**
    A. Permanent Competitive and Labor Class employees:
        - Includes employees who have completed a probationary term in a permanent position in the competitive or labor class, including uniformed employees.
        - These employees are **eligible** for reinstatement if the employee submits a request for reinstatement via email or otherwise in writing, within one year of their date of dismissal.
            o Employees who were terminated effective February 11, 2022, may submit requests for reinstatement to their former agency by March 10th, 2023. All other requests must be made within one year of the termination date.
            o Agencies may take into consideration if an employee had previously requested reinstatement, prior to the Mayor's February 6, 2023 announcement.
        - Process:
            o Former employee requests reinstatement from their agency within the one year timeframe.
            o Agency reviews request and determines if there is a vacancy available and whether to rehire.
                - The decision to reinstate a terminated employee is discretionary.
                - The agency may reinstate the applicant if it determines that the reasons provided have merit.
                    ➤ The analysis should involve a review of all relevant, specific facts and circumstances pertaining to the applicant.
                    ➤ This may include a review of the applicant's documented work performance, including performance evaluations, disciplinary history, compliance with the agency's time and leave requirements and compliance with the City's EEO policies.
            o If applicable, former employee is instructed to apply for vacant position, following the standard agency hiring process.
            o Former employee must agree to waive back pay, civil service rights, in writing.
            o Former employee is onboarded and agency works with DCAS to reinstate employee to civil service title.
    B. All other employees:
        - Includes probationary, provisional and non-competitive employees.
        - These employees are **not eligible** to be reinstated to their former titles. However, as EO75 and 76 have been rescinded, they may apply to any

updated 2/6/23

> open City position without needing to show proof of vaccination.

2. **What are the terms of reinstatement?**
   A. <u>Permanent Competitive and Labor Class employees:</u>
      - These employees are **eligible** for reinstatement if the employee submits a request for reinstatement via email or otherwise in writing, within one year of their date of dismissal.
      - No Break in service
      - Entitled to full seniority
      - No change to salary
      - Title entry date: Does not change
      - City start date: Does not change
   B. <u>Probationary employees:</u>
      - These employees are not eligible for reinstatement.
      - These employees are eligible to be rehired.
      - These employees may request restoration to the civil service list, if still in existence
        - If appointed to the same agency and same title from the list, the previously served probationary term counts towards the completion of the probationary period.
        - If appointed to a new agency, employee will be required to serve the full term probationary period, unless the agency head elects to credit such person with the time therefore served.
        - New title entry date
        - New City start date
        - New seniority
   C. <u>All other employees- Includes provisional, non-competitive</u>
      - These employees are not eligible for reinstatement.
      - These employees are eligible to be rehired:
        - If break in service of more than 31 calendar days:
          - New title entry date: This date would reflect their rehire date in the title they are rehired in.
          - New City start date.

3. **Are employees who were terminated for failure to comply with the vaccine mandate eligible for rehire?**

   Yes, employees who were terminated due to the vaccine mandate are eligible for rehire by any City agency, with the understanding they meet all conditions for employment in the rehire position and haven't otherwise signed a waiver indicating they will not return. However, any rehire of any former employee is up to the discretion of the agency head.

**Face Coverings**

updated 2/6/23

1. **Do all employees and visitors have to wear a face covering?**

   Every City employee and visitor able to medically tolerate a face covering still must wear a face covering that covers the employee's mouth and nose in the following circumstances:
   - When interacting with members of the public in an indoor setting;
   - during days 6 to 10 after infection with COVID-19 upon returning to the work site; and
   - if the employee is employed at a state-regulated health care setting, adult care facility or nursing home; correctional facility; or homeless or domestic violence shelter.

2. **Do employees with shortened quarantine periods have to increase their mask protection?**
   Yes. The employee must be able to consistently and correctly wear a well-fitting face mask, a higher-level mask such as a KN95, or a fit-tested N95 respirator while at work from day 6 to day 10. The mask should fit with no air gaps around the edges.

3. **If an employee has a Reasonable Accommodation because they are medically unable to tolerate a face covering, are they subject to a shortened quarantine period?**
   Employees with a Reasonable Accommodation because they are unable to medically tolerate a face covering are subject to the 10 day quarantine period.

**Reasonable Accommodations**

1. **What if an employee has been <u>granted</u> a reasonable accommodation to be exempt from the COVID-19 vaccine mandate?**
   Effective February 10, 2023, unvaccinated employees are no longer required to submit to weekly PCR testing or wear a face mask, except in circumstances outlined in the Commissioner's Directive 2020-1. EEO Officers should notify individuals who have a vaccine exemption reasonable accommodation that the accommodation is no longer necessary and ends effective February 10, 2023.

2. **What if a current or prospective employee has a <u>pending</u> reasonable accommodation request seeking to be exempt from the COVID-19 vaccine requirement?**
   Effective February 10, 2023, agency EEO Offices will deny these reasonable accommodation requests as moot since the COVID-19 vaccination is no longer required.

3. **Some employees with serious health issues are working from home as a reasonable accommodation because of a high-risk workplace environment due to COVID-19. Do their reasonable accommodations end?**
   No, their reasonable accommodations do not automatically end as a result of the new policy. Their reasonable accommodations will continue to be evaluated and reassessed on a case-by-case basis.

4. **What happens to employees who do not currently have reasonable accommodations or their reasonable accommodations were declined because it was assumed that everyone at the office was vaccinated?**

updated 2/6/23

Employees are able to apply for a reasonable accommodation with their EEO Office at any time and they will be assessed on a case-by-case basis.

5. **What if employees resigned because their reasonable accommodations were denied? What should they do if they want to work for the city again?**
These employees will be subject to the same policy as any other employees who resigned from city employment or were terminated as a result of their failure to comply with the vaccine mandated.

**Policies Still in Effect**

1. **What other COVID-19 related policies are still in effect?**
   - The COVID-19 Leave Policy is still in effect.
   - Leave Policy for Employees to Get Vaccinated is still in effect.
   - Leave Policy to Accompany Children to Get Vaccinated is still in effect.
   - Commissioner's Directive 2020-1 on Face Coverings.
   - The City's COVID-19 Emergency Order (Emergency Executive Order 323) is still in effect, governing the City's authority to maintain open meeting laws, and open restaurants, and apply for COVID-19 FEMA reimbursement.

**Where can I find…**
- Vaccination sites: www.nyc.gov/vaccinefinder
- Vaccination appointments: https://vax4nyc.nyc.gov/patient/s/ and 877-VAX-4-NYC
- How to schedule an at home vaccine appointment: www.nyc.gov/homevaccine and 877-VAX-4-NYC
- Free COVID-19 Testing and Treatment:www.nyc.gov/covidtest
- COVID-19 Test Site Finder: https://maps.nyc.gov/covid-testing/#/ A doctor or nurse to talk with about my vaccination concerns: call 311 and ask to talk to a clinician about COVID-19 vaccination
- Assistance for New Yorkers experiencing Long COVID: www.nyc.gov/aftercare