**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |

Date: August 07, 2023
Docket #: 22-1801cv
Short Title: New Yorkers For Religious Liberty, Inc. v. The City of New York

DC Docket #: 22-cv-752
DC Court: EDNY (BROOKLYN)
DC Docket #: 21-cv-7863
DC Court: SDNY (NEW YORK CITY)
DC Judge: Gujarati
DC Judge: Scanlon
DC Judge: Buchwald

### NOTICE OF CASE MANAGER CHANGE

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8543.