# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOMD CIRCUIT

     At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of January, two thousand twenty-five.

Before:    Dennis Jacobs,
              Eunice C. Lee,
              Myrna Pérez,
                  *Circuit Judges.*

---

New Yorkers For Religious Liberty, Inc., Gennaro Agovino, Curtis Cutler, Liz Delgado, Janine Demartini, Brendan Fogarty, Sabina Kolenovic, Krista Odea, Dean Paolillo, Dennis Pillet, Matthew Rivera, Laura Satira, Frank Schimenti, James Schmitt, Michael Kane, individually, and for all others similarly situated, William Castro, individually, and for all others similarly situated, Margaret Chu, individually, and for all others similarly situated, Heather Clark, individually, and for all others similarly situated, Stephanie Di Capua, individually, and for all others similarly situated, Robert Gladding, individually, and for all others similarly situated, Nwakaego Nwaifejokwu, individually, and for all others similarly situated, Ingrid Romero, individually, and for all others similarly situated, Trinidad Smith, individually, and for all others similarly situated, Amaryllis Ruiz-Toro, individually, and for all others similarly situated, Natasha Solon, individually, and for all others similarly situated,

        Plaintiffs - Appellants,

Matthew Keil, John De Luca, Sasha Delgado, Dennis Strk, Sarah Buzaglo, Benedict Loparrino, Joan Giammarino, Amoura Bryan, Edward Weber, Carolyn Grimando,

        Consolidated Plaintiffs - Appellants,

v.

City of New York, Eric Adams, Ashwin Vasan, in his official capacity as Health Commissioner of the City of

**AMENDED JUDGMENT**

Docket Nos. 22-1801(L), 22-1876(Con)

New York, New York City Department of Education,

        Defendants - Appellees,

Roberta Reardon,

        Defendant.

_____

        The appeals in the above captioned cases from orders of the United States District Court for the Eastern District of New York (No.22-cv-752) and the United States District Court for the Southern District of New York (No. 21-cv-7863) were argued on the district court's record and the parties' briefs.

        IT IS HEREBY ORDERED, ADJUDGED and DECREED that the district court's denial of preliminary injunction is AFIRMED in part and DISMISSED in part. The dismissal of the facial challenges is AFFIRMED, and the dismissal of the as-applied challenges is AFFIRMED in part and VACATED in part, and the case is REMANDED to the Southern District of New York for further proceedings consistent with this Court's opinion.

        For the Court:
        Catherine O'Hagan Wolfe,
        Clerk of Court

