# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 19th day of February, two thousand twenty-five.

_____

New Yorkers For Religious Liberty, Inc., et al.,

    Plaintiffs - Appellants,

Matthew Keil, John De Luca, Sasha Delgado, et al.,

    Consolidated Plaintiffs - Appellants,

v.

City of New York, Eric Adams, et al.,

    Defendants - Appellees,

Roberta Reardon,

    Defendant.
_____

**ORDER**

Docket Nos: 22-1801 (Lead)
22-1876 (Con)

Appellants filed a petition for panel rehearing, or, in the alternative, for rehearing *en banc*. The panel that determined the appeal has considered the request for panel rehearing, and the active members of the Court have considered the request for rehearing *en banc*.

IT IS HEREBY ORDERED that the petition is denied.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

