# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

May 12, 2025

Clerk
United States Court of Appeals for the
Second Circuit
Thurgood Marshall United States
Courthouse
40 Foley Square
New York, NY 10007

> Re: Michael Kane, et al.
> v. City of New York, New York, et al.
> Application No. 24A1081
> (Your No. 22-1876, 22-1876)

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Sotomayor, who on May 12, 2025, extended the time to and including July 21, 2025.

This letter has been sent to those designated on the attached notification list.

Sincerely,

**Scott S. Harris**, Clerk

by *(signature)*

Katie Heidrick
Case Analyst

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

NOTIFICATION LIST

Mr. John J. Bursch
Alliance Defending Freedom
440 First Street, NW
Suite 600
Washington, DC 20001

Clerk
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007



SUPREME COURT OF THE UNITED STATES
WASHINGTON, DC 20543-0001
OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

US POSTAGE
quadient
FIRST-CLASS MAIL
IMI
$000.69
05/13/2025 ZIP 20543
043M312663310