# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

August 1, 2025

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: Michael Kane, et al.
v. City of New York, New York, et al.
No. 25-126
(Your No. 22-1801, 22-1876)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on July 21, 2025 and placed on the docket August 1, 2025 as No. 25-126.

Sincerely,

**Scott S. Harris**, Clerk

by

Sara Simmons
Case Analyst